## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| Lionel Nima Ngapey,<br><br>      Plaintiff,<br><br>  v.<br><br>Law School Admission Council; American Association of Collegiate Registrars and Admissions Officers-AACRAO,<br><br>      Defendants. | Civil Action No. _____ |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, 1446, and Fed. R. Civ. P. 81(c), Defendant Law School Admission Council ("LSAC") files this Notice of Removal of the state action titled *Lionel Nima Ngapey v. Law School Admission Council; American Association of Collegiate Registrars and Admissions Officers-AACRAO*, from the Kennebec County Superior Court ("state court action") to the United States District Court for the District of Maine. In removing this state court action, LSAC does not accept Plaintiff's allegations as true, denies that it violated any laws, and expressly reserves all defenses and counterclaims that it may have to Plaintiff's claims.

In support of this Notice of Removal, LSAC state as follows:

**I.     Background**

1.     This action was commenced in the Maine Superior Court for Kennebec County on or about March 14, 2024, and the Superior Court docket number is AUGSC-CV-24-45.

2.     Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders received by LSAC related to the state court action is attached at Exhibit A (redacted pursuant to Fed. R. Civ. P. 5.2).

1

3.  The documents in Exhibit A were sent to LSAC by U.S. mail addressed to "Law School Admission Council." The package was delivered to LSAC on March 18, 2024.

4.  LSAC sent an executed copy of the state court Acknowledgment of Receipt of Summons and Complaint or Post-Judgment Motion by overnight delivery to Plaintiff on April 1, 2024.

## II.  The Court Has Federal Question Jurisdiction Over This Action

5.  This Court has federal question jurisdiction under 28 U.S.C. § 1331. Plaintiff asserts claims under Title IX of the Education Amendments Act of 1972 (Complaint ¶¶ 56-61), the Fourteenth Amendment to the U.S. Constitution (Complaint ¶¶ 62-67), and Title VI of the Civil Rights Act (*id.* ¶¶ 68-73).

6.  The Court may exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over Plaintiff's remaining state law claims for breach of contract (Complaint ¶¶ 74-78) and "negligence and intentional infliction of emotional distress" (Complaint ¶ 79), because those claims are so related to the federal Constitutional and statutory claims within the Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

## III.  All Defendants Consent To Removal

7.  LSAC is authorized to state that defendant American Association of Collegiate Registrars and Admissions Officers ("AACRAO") consents to removal of this action.

## IV.  Removal Is Timely

8.  In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is timely.

9.  LSAC received the Summons and Complaint in the state court action on March 18, 2024, and was effectively served in the state court action on April 1, 2024, when it mailed the Acknowledgment of Receipt of Summons and Complaint or Post-Judgment Motion to Plaintiff.

## V.  Removal To This Court Is Proper

10.  The Superior Court for the State of Maine, Kennebec County, is located within the District of Maine. Pursuant to 28 U.S.C. § 1441(a), this action is properly removed to this Court.

**VI.     Notice Will Be Provided To State Court And Plaintiff**

11.     Pursuant to 28 U.S.C. § 1446(d), promptly after filing this notice of removal, Defendants will give written notice to Plaintiff. Defendants will also file a copy of the notice with the Superior Court for the State of Maine, Kennebec County.

## CONCLUSION

For the foregoing reasons, LSAC removes this action to the United States District Court for the District of Maine.

Dated:  April 15, 2024

Respectfully submitted,

/s/ Melissa A. Hewey
Melissa A. Hewey
MHewey@dwmlaw.com
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101-2480
Telephone: 207-253-0528
Facsimile: 207-772-3627

Caroline M. Mew
*Pro Hac Vice Application forthcoming*
CMew@perkinscoie.com
Perkins Coie LLP
700 13th St., N.W., Suite 800
Washington, DC 20005-3960
Telephone: 202-654-6200
Facsimile:  202-654-6211

Attorneys for Defendant LSAC

## **CERTIFICATE OF SERVICE**

I, Melissa A. Hewey, do hereby certify that on this 15th day of April 2024, I electronically filed the above Notice of Removal with the Court's CM-ECF system, which automatically sends notification to all counsel of record.

A copy of the foregoing has also been sent to the following:

By email and U.S. Mail, Pre-paid postage:

>Lionel Nima Ngapey (Pro Se Plaintiff)
>155 Hospital St.
>Augusta, ME 04340
>alionelnima@gmail.com

By email only:

>Mark C. Preiss
>Gordon Rees Scully Mansukhani
>GORDON REES SCULLY MANSUKHANI / GRSM50
>28 State Street, Suite 1050
>Boston, MA 02109
>mpreiss@grsm.com

Dated: April 15, 2024.

>Respectfully submitted,
>/s/ Melissa A. Hewey
>Melissa A. Hewey
>MHewey@dwmlaw.com
>Drummond Woodsum
>84 Marginal Way, Suite 600
>Portland, ME 04101-2480
>Telephone: 207-253-0528
>Facsimile: 207-772-3627
>
>Caroline M. Mew
>*Pro Hac Vice Application forthcoming*
>CMew@perkinscoie.com
>Perkins Coie LLP
>700 13th St., N.W., Suite 800
>Washington, DC 20005-3960
>Telephone: 202-654-6200
>Facsimile: 202-654-6211
>
>Attorneys for Defendant LSAC