# EXHIBIT A

**MAINE JUDICIAL BRANCH**

Lionel Nima Ngapey **Plaintiff**

(LSAC)

v.

Law School adm. Council **Defendant**

American Association **Address**

of Collegiate Registrars, and

Admissions officers (AACRAO) **SUMMONS**

M. R. Civ. P. 4(d)

*"X" the court for filing:*
☒ Superior Court ☐ District Court
County: Kennebec County
Location (Town): Augusta
Docket No.: _____

The Plaintiff has begun a lawsuit against you in the ☐ District ☒ Superior Court, which holds sessions at *(street address)* 1 Court St, Suite 101 _____, in the Town/City of Augusta _____, County of Kennebec _____, Maine. If you wish to oppose this lawsuit, you or your attorney **MUST PREPARE AND SERVE A WRITTEN ANSWER** to the attached Complaint **WITHIN 20 DAYS** from the day this Summons was served upon you. You or your attorney must serve your Answer by delivering a copy of it in person, by mail, or by email to the Plaintiff's attorney, whose name and address, including email address appear below, or by delivering a copy of it in person or by mail to the Plaintiff, if the Plaintiff's name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to: Clerk of ☐ District ☐ Superior Court,

1 Court St. Suite 101 ____, Augusta ____, Maine 04330

*(Mailing Address)* _____ *(Town, City)* _____ *(Zip)*

before, or within a reasonable time after, it is served. Court rules governing the preparation and service of Answers are found at www.courts.maine.gov.

---

**IMPORTANT WARNING**: **If you fail to serve an answer within the time stated above, or if, after you answer, you fail to appear at any time the Court notifies you to do so, a judgment by default may be entered against you in your absence for the money damages or other relief demanded in the Complaint.** If this occurs, your employer may be ordered to pay part of your wages to the Plaintiff or your personal property, including bank accounts and your real estate may be taken to satisfy the judgment. **If you intend to oppose this lawsuit, do not fail to answer within the requested time.**

---

If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

Date *(mm/dd/yyyy)*: 03-14-2024

(☐ Attorney for) Plaintiff
Bar # (if applicable)

155 Hospital St
Augusta, ME 04330 Address
Alionelnima@gmail.com
(720)-781-4324 Telephone/Email

(Seal of Court)

Tamara M. Rueda

▶ _____
Clerk

---

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

Lionel Nima Ngapey

     *-Plaintiff-*

V                                              Docket...............................

Law School Admission Council;

American Association of Collegiate Registrars and Admissions Officers-
AACRAO

     *-Defendants-*


Jury Trial Request

## Complaint

1. Now comes plaintiff *Lionel Nima Ngapey* appearing ProSe in the above

    captioned case and alleges the following :

**Parties**

2. Plaintiff Lionel Ngapey is a resident of the State of Maine since 2015

    currently homeless residing in Kennebec County as direct result of a work

    injury dated on January 29th, 2022, and an alleged blatant negligence from

    Law School Admission Council and American Association of Collegiate

    Registrars and Admissions Officers.

3. Defendant Law School Admission Council (LSAC ) is a nonprofit corporation located in Newton Pennsylvania and claims to be a global admission agency for all foreign lawyer applicant willing to pursue legal studies in the United States, which make them part of admission department of all law school in the United States, thus subject to the compliance of the U.S Constitution.

4. Defendant American Association of Collegiate Registrars and Admissions Officers (AACRAO) is a nonprofit organization located in Washington DC. AACRAO is a long-term partner of LSAC and claims to be the only agency able to thoroughly evaluate foreign legal credentials. LSAC does not use any other Foreign Education Credentials like NACES ( National Association of Credential Evaluation Services ).

## Jurisdiction and Venue

5. This Court has original jurisdiction over all Counts pursuant to 28 U.S.C. § 1331 because those claims arise under the United States Constitution and laws of the United States. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because all of the events, acts, and/or omissions giving rise to plaintiffs' claims occurred in the State of Pennsylvania and District of Columbia.

6. This Court has Jurisdiction over this subject matter because both Defendants Law School Admission Council (LSAC ) and the American Association of Collegiate Registrars and Admissions Officers (AACRAO)

regularly conduct business in the State of Maine through Maine Law School. This court has supplemental Jurisdiction based on a federal question.

**Federal Question**

7. Did Defendants Law School Admission Council (LSAC ) and the American Association of Collegiate Registrars and Admissions Officers (AACRAO) have the right to disregard plaintiff four years' worth of French Legal Studies based on his National Origin , Race, Ancestry, and Disability?

8. Did Defendants Law School Admission Council (LSAC ) and the American Association of Collegiate Registrars and Admissions Officers (AACRAO) have the right to delay plaintiff transcripts evaluation because he was not a European descent ?

9. Do LSAC and AACRAO have the right to disregard the letter of recommendation ( **EXIBIT J & K** ) sent on behalf of plaintiff because he has a disability?

## Facts and Background

10. Plaintiff was born in Congo Republic, Central Africa on ███████████ Plaintiff has many ancestors from the Congo's region , plaintiff identifies as a black man and speak French and English as a result of slavery and brutal Colonization from the Europeans in Africa.

11. Plaintiff was assigned a male gender at birth and has always identified himself as a male in his LSAC 's account set up in 2016.

12. Plaintiff is the eldest son of a single black Congolese woman who moved mountains to raise her three children in the Republic of Congo, located in the central region of the African continent.

13. In June of 1997 , plaintiff and his parents escaped a Genocide orchestrated by two political opponents working for the French Government interest in the oil industry of the Republic of Congo.

14. After the civil war ended in 1999 , plaintiff and his family returned to Congo Brazzaville. Plaintiff had to work twice as much as others to complete his studies despite his disability. Plaintiff was consistent and hardworking while attending law school in the Republic of Congo, despite the odds that worked against him.

15. Plaintiff respectfully dispute the unequal treatment he is being subjected to by the LSAC and the AACRAO, since 2018.

16. Marien Ngouabi University as known today is the former Colonial French University of Brazzaville built and **Financed** by the French Government to train Lawyers, Doctors, Teachers, Accountant, and various highly educated leaders to serve the State of Congo after the independence from the French Colonization on August 15th , 1960.

17. On or about July 2009 plaintiff had graduated from High School and subsequently applied to Marien Ngouabi University Law School in

November 2009. Marien Ngouabi University is the only Public Law
School in the Republic of Congo.

18. The Law School of Marien Ngouabi University offers the Master of law
in four semesters. Plaintiff has completed a Bachelor of Law majoring in
Business Law which equals 180 of European Credits Transfer System
( ECTS ), and 60 ECTS for the Master of law which equals two full
semester of thorough legal studies ( **Exhibit A** ).

19. The primary language of education of Congo Brazzaville is French.
Plaintiff has studied in French in all of his curriculum starting from head
start , elementary school until the ultimate completion of his master's
degree or one-year advanced studies in Civil Law ( **EXHIBIT A1-A22**)

20. Plaintiff did finish the two semesters of advanced legal studies or Master
of Law in 2013 after the completion of the Bachelor of Civil law in 2012.
The Law School of Marien Ngouabi University delivered an Attestation of
Validation as evidence of completion of Master one- or one-year
advanced legal studies. ( **Exhibit B1 and B2** )

21. The Attestation of Validation is the only documentation that certifies the
completion of Master 1 , the hard paper of Master 2 is granted after the
completion of two additional semesters after the completion of Master 1.

22. After completing a Master of law , plaintiff worked for three months as a
Civil Law teacher at the Technical College of Applied Teaching

(**EXHIBIT D**) and at the Catholic High School Ann Marie Javoueh

(**EXHIBIT E** ) of Brazzaville ( Congo ).

23. Plaintiff has also completed some Law Clerk works at the law firm of his

uncle conducting and managing estate plaining case, social security

representations cases , drafting of contracts, mergers and acquisitions

cases, and company tax transactions.( **EXHIBIT N** )

24. On or about December 2013, Plaintiff was granted a student F1 Visa to

pursue his legal education in the United States. Though, Plaintiff was well

aware of the history of discrimination and civil rights abuse in the United

States, Plaintiff never thought that applying to law school was going to be

a severe infliction of emotional distress and a dead-end road.

25. On or about spring of 2016, plaintiff signed up for the Law School

Admission Council Credential Authentication Services to have his foreign

transcripts sent from Marien Ngouabi University Law School, to the

LSAC in Newtown Pennsylvania. (**Exhibit F**)

26. On or about November 2018 , and despite the barriers that law students

face in the Republic of Congo and all injustices going on in the Congo

plaintiff had managed to get his transcripts sent directly from the issuing

law school to the LSAC.

27. In Page 6 of their response to plaintiff 's complaint to the Maine Human

Right Commission , defendant Law School Admission council

acknowledged that their received the Attestation of Validation for the Master of Law in November 2018 ( **EXHIBIT G** )

28. To improve his English Plaintiff studied English for more than six months at the New American College of Denver Colorado and preached the bible at the way international fellowship of Colorado and Maine from January 2014 to February 2016. Plaintiff moved to Maine in the winter of 2015, and started a Call center job shortly after arriving in Maine.

29. The Law School Admission Council 's website has a list of foreign law degrees required to foreign attorney or graduate to enroll into the LLM or the Master of Law program in the United States. For the Republic of Congo, the degree required for the LSAC is the Bachelor of Law (**Exhibit H** ) which was sent a received by the Law School Admission Council and the American Association of Collegiate Registrars and Admissions Officers.

30. The LLM of law in the United States is specially designed to train foreign lawyers and foreign law graduate into the U.S legal system and prepare foreign lawyer to sit for the bar exam in some jurisdiction that accept the Master of Law as requirement to sit for the state bar and practice law in the United States.

## Discrimination

31.. Plaintiff herby asserts that he was unequally treated compared to other similar students or applicants with foreign legal education.

32. The Law School Admission Council ( LSAC ) and the American Association of Collegiate Registrars and Admissions Officers (AACRAO) are violating plaintiff civil rights based on national origin, ancestors, color of skin, age, first language, race, gender, and disability.

33. In the endeavor to follow the procedure required by the Law School Admission Council , plaintiff had contacted his home law school to have all of his transcripts sent to LSAC.

34. By letter dated November 19, 2018, LSAC's LLM CAS informed plaintiff that they had received the Attestation of Validation for Semesters 1 and 2 of the Master 1. And yet refused to evaluate plaintiff master's degree . It was clear beyond any reasonable doubt that at that point the Law School Admission Council ( LSAC ) and the American Association of Collegiate Registrars and Admissions Officers ( AACRAO ) treated plaintiff differently than other applicants in a similar situation based on Race, Color of Skin , Gender, Disability and National Origin.

35. The attestation of validation should have been used in lieu of degree , the law school admission council, and the American Association of Collegiate Registrars and Admissions Officers-AACRAO acted in bad faith when they deliberately refused to consider plaintiff Attestation of validation ,

and the four years of Legal Studies at Marien Ngouabi Law School which made plaintiff at the time of receipt more than eligible for the LLM.

36. In addition, It is unfair , unjust , illegal, unethical, and recklessly unconstitutional for both defendants herein to refuse to take into consideration the letters of recommendation written by the Dean of Marien Ngouabi University Law School and an Attorney who knows plaintiff in the State of Maine.

37. Defendants, the law school admission council and the American Association of Collegiate Registrars and Admissions Officers unethical and prejudiced behavior were motivated by the plaintiff race, gender, national origin, ancestry , and disability.

38. Both defendants , the Law School Admission Council and the American Association of Collegiate Registrars and Admissions Officers are repetitive offender that deliberately create unusual barrier to hamper French speaking attorneys from africa the right to legal education in the United States.

39. Access to legal education has always been a dead-end road for many African American (Negroes) during the reconstruction era and the Segregation years. Unfortunately, some individuals from Caucasian ethnicity and European descent working for both defendants still use the same criteria that refused African descendants the right to legal education in the U.S dating back to the Jim Crow era.

**40.** The Law School Admission Council ( LSAC ) and the American
Association of Collegiate Registrars and Admissions Officers (AACRAO)
caused, shame, wage loss, humiliation, reputation, loss of parental time,
loss of income and significant mental injury to plaintiff's health.

# Discussion

## A. Disability and Mental Health

**41.** Defendants Law School Admission Council and the American
Association of Collegiate Registrars and Admissions Officers have
purposely delayed plaintiff 's right to apply to any Law School in the
United States because he is living with a disability.

**42.** The Law School Admission Council ( LSAC ) and the American
Association of Collegiate Registrars and Admissions Officers (AACRAO)
cannot pretend to ignore that Congo is located in Africa and that plaintiff
is an African descent.

**43.** Plaintiff has always lived with a disability and will claim his
constitutional rights to be treated fairly , with respect and dignity
throughout this litigation.

**44.** The Law School Admission Council ( LSAC ) and the American
Association of Collegiate Registrars and Admissions Officers (AACRAO)
misconduct have worsened plaintiff mental health and handicap.

45. The Law School Admission Council ( LSAC ) and the American

Association of Collegiate Registrars and Admissions Officers (AACRAO)

had the duty to protect plaintiff civil and constitutional rights.

46. Therefore, the Law School Admission Council ( LSAC ) and the

American Association of Collegiate Registrars and Admissions Officers

(AACRAO ) have knowingly failed to comply with the American with

Disability Act , the Equal clause of the 14th Amendment of US

constitution and the Civil rights Acts of 1964.

## B. Dispute of the  Statute of limitation

47. To stand  in Federal or State court, a party in civil rights claims must

exhaust the administrative requirement. The law authorizes a plaintiff in

civil rights discrimination the rights to submit his complaint to the Human

Right Commission within one hundred and eighty days to three hundred

days ( 180-300 days )  to file a complaint with the human right

commission of Maine or the Equal Employment Opportunity

Commission.

48. Constitutional claim does not have statute of limitations, Title VI of the

Civil Rights Act of 1964 prohibits recipients of federal funding—

including private colleges and universities— from, at a minimum,

discriminating against students and applicants in a manner that would

violate the Equal Protection Clause. Federal agencies, including the

Departments of Justice and Education, investigate and administratively enforce institutions' compliance with Title VI.

49. Plaintiff would like to request from this honorable court an extension of time based on the American with Disability Act amended in 2008, and the Equal Clause of 14th amendment . Extension to timely process this claim is needed because plaintiff did not have equal legal resource and health to litigate this case earlier.

50. In this litigation not all parties are equally equipped with substantial knowledge of the law relevant to this subject matter. Plaintiff is disputing the disadvantage he has in this litigation. The defendants unfairly delayed plaintiff's right to exhaust administrative requirements.

## C. Covid 19 and lockdown

51. Plaintiff was not able to bring this suit earlier because he was fighting with a health condition aggravated by the Negligence of both defendants referenced herein.

52. Furthermore, Plaintiff would like to claim his right to have this case heard by the federal judge of any jurisdiction because COVID 19 made it almost impossible to exhaust the administrative requirements in the past two years. Plaintiff did file a complaint with the Human Right Commission of the State of Maine which resulted in a letter recognizing plaintiff the right to have this case heard at the Federal Court for suspicion of Civil Rights violations. (**EXHIBIT OA & OB** )

53. On or about 2017 plaintiff was taking medication to relieve the PTSD he had been subjected to by the misconducts of the defendant in this subject matter. The plaintiff has a health condition worsen by the pandemic and

54. In addition , the plaintiff was not able to bring this suit within the statute of limitation because he had a baby in November 2017. Plaintiff is fighting PTSD , and severe Insomnia caused by the Negligence of LSAC and AACRAO since 2018.

55. Plaintiff would like to request an extension of the deadline to bring this suit because of his disability and the tragic anxiety and depression caused by Covid 19 since 2020.

## Count I : Violation of TITLE IX of the education amended in 1972.[1]

### Defendants LSAC AND AACRAO

56. Plaintiff disputes the fact that both defendants are more lenient and understanding with female foreign candidates than they are with male candidate . It is clear that if plaintiff was a female Caucasian descent or European descent , officers working for Defendants Law School Admission Council (LSAC ) and the American Association of Collegiate Registrars and Admissions Officers (AACRAO) would have treated plaintiff transcripts differently.

57. Title IX prohibit any educational program or activity that receives federal financial assistance from excluding, discriminating to anyone in

the United States on the basis of sex. Here plaintiff contends that his civil rights have not been protected because of his sex.

58. Defendants Law School Admission Council (LSAC ) and the American Association of Collegiate Registrars and Admissions Officers (AACRAO) have knowingly violated the disposition of Title IX of the education amendment of 1972 based on plaintiff sex and gender.

59. If plaintiff was a transgender woman , or an individual assigned with a fair female sex , Defendants Law School Admission Council (LSAC ) and the American Association of Collegiate Registrars and Admissions Officers (AACRAO ) would have treated plaintiff legal education a different way. This complaint would have been useless because the plaintiff would be practicing civil rights at the moment.

---

1 https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/title-ix-education-amendments/index.html#:~:text=Title%20IX%20of%20the%20Education%20Amendments%20of%201972,education%20program%20or%20activity%20receiving%20federal%20financial%20assistance

60. Unfortunately, since his birth plaintiff did not have the wisdom to change his sex, his gender, and his mother whose living in the middle of the jungle of congo should not have given birth to male black boy in the summer of █████

61. Therefore, plaintiff would seek redress and the full protection of his rights under the Maine State Constitution and the U.S Constitution.

## Count II Violation of the Equal Clause of the 14th Amendment.

### Defendants LSAC AND AACRAO

62. Defendants Law School Admission Council (LSAC ) and the American
    Association of Collegiate Registrars and Admissions Officers (AACRAO)
    had the duty to uphold the Equal Clause of the 14th Amendment which
    holds "(…) No State shall make or enforce any law which shall abridge
    the privileges or immunities of citizens of the United States; nor shall any
    State deprive any person of life, liberty, or property, without due process
    of law; nor deny to any person within its jurisdiction the equal protection
    of the laws."

63. Defendants Law School in the United States because both Defendants
    Law School Admission Council (LSAC ) and the American Association
    of Collegiate Registrars and Admissions Officers (AACRAO ) are
    enforcing the tradition of systemic racism in the United States by creating
    unnecessary requirements , barriers , to law graduate from the African
    Continent.

64. Defendants Law School in the United States because both Defendants
    Law School Admission Council (LSAC ) and the American Association
    of Collegiate Registrars and Admissions Officers (AACRAO), are public
    institution subject to the compliance of the 14th amendment. Both

defendants referenced herein have knowingly , recklessly, and

outrageously violated the 14th amendment, and plaintiff civil rights.

65. Plaintiff has not been able to apply to any Law School in the United States

because both Defendants Law School Admission Council (LSAC ) and

the American Association of Collegiate Registrars and Admissions

Officers (AACRAO) chose to unequally process plaintiff foreign

credential , treating him "plaintiff "less favorably than significant other

legal education.

66. Defendants Law School Admission Council (LSAC ) and the American

Association of Collegiate Registrars and Admissions Officers (AACRAO)

have caused significant injury to plaintiff education rights , the right to

practice law and prevented plaintiff from holding a decent job in the

United States.

67. As a result of this miscarriage of justice plaintiff is disabled and

frequently seeing healthcare professional to relief his anxiety, trauma,

shame, feeling of failure, suicidal ideation , income loss, and loss of life

enjoyment.

### Count II Violation of TITLE VI of the civil rights Act 1964

#### Defendants LSAC AND AACRAO

68. In 1964 the U.S Congress pass the civil rights Act to remedy the unequal

treatment of African descent. The Emancipation Act of 1833 was not

enforced by most U.S , states or Federal Court. The civil rights

movements in the United States did not change the way African descent's

right to legal education should be protected in the U.S. By refusing to

process plaintiff legal education and transcripts , both defendants have

failed to comply with Title VI of the Civil Rights Act of 1964.

69. During slavery African descents did not have the right to read , to rest, to

worship, speak their language, or the right to receive an equal education.

The U.S Constitution treated african three fifth of a human. Plaintiffs

believed that the LSAC and AACRAO treated his foreign legal education

unfairly because he belongs to the ethnic group of former enslaved

individuals in the United States.

70. Also, LSAC and AACRAO treated plaintiff fifth of the human by

refusing to protect 's plaintiff rights to have his transcripts evaluated and

processed. These two institutions ( LSAC and AACRAO ) knows that

Congo is run by corrupt government and belong to the club of third world

countries and that education is underfunded.

71. Moreover, both defendants frequently receive federal funds and are

supposed to comply with Title VI of the Civil Rights Act 1964.

Defendants Law School Admission Council (LSAC ) and the American

Association of Collegiate Registrars and Admissions Officers (AACRAO)

knowingly refused to protect plaintiff Civil Rights because they know that

there is no attorney in the State of Maine that could take educational

discrimination case.

72. Plaintiff's race and nationality played an important part in the way the

representative of Defendants Law School Admission Council (LSAC )

and the American Association of Collegiate Registrars and Admissions

Officers (AACRAO) outrageously and unfairly discriminate against his

Master of law (**EXHBIT M**), plaintiff humbly dispute the right to be

treated that unequally with other lawyer or law graduate processed by

defendants.

73. Defendants Law School Admission Council (LSAC ) and the American

Association of Collegiate Registrars and Admissions Officers (AACRAO)

have violated the Federal Constitution and the constitution of the State of

when they chose to disregard plaintiff's foreign credential.

## Count III Breach of contract

### Defendants LSAC AND AACRAO

74. AACRAO claims to be the only transcripts processing agency that

translates and evaluates foreign law degrees. The LSAC has only

contracted with AACRAO in complete disregard of the Antitrust Law

whereas there is many others transcript processing agency more than

capable of processing plaintiff foreign education. Plaintiffs has fulfilled

his portion of the contract when he used his visa card to pay for the

Credential Assembly Service ( CAS ) in 2016. ( **EXH L** )

75.     A contract is an agreement between parties, creating mutual

obligations that are enforceable by law. The basic elements required for

the agreement to be a legally enforceable contract are mutual assent,

expressed by a valid offer and acceptance; adequate consideration;

capacity; and legality. In some states, elements of consideration can be

satisfied by a valid substitute. Possible remedies for breach of contract

include general damages, consequential damages, reliance damages, and

specific performance.

76.     The Law School Admission Council mandates all foreign Law

Graduate and foreign lawyers the payment of International Transcript

Authentication and Evaluation Service ( ITAES), $140 in addition to $55

Document Assembly Service. (DAS) ( **EXH I & L** )

77. Law School Admission Council and the American Association of

Collegiate Registrars and Admissions Officers had a valid and enforceable

contract with plaintiff. Both defendants Law School Admission Council

and the American Association of Collegiate Registrars and Admissions

Officers have knowingly breached the terms of the contract and unjustly

enriched themselves with $220 paid by plaintiff ( **EXH I & L**)

78. Defendant The Law School Admission Council and the American

Association of Collegiate Registrars and Admissions Officers 's actions,

omission, misconducts, prejudice, failure, and practices have caused

significant harm to plaintiff and delay his law school enrollment and worsen his depression, anxiety, and PTSD.

## Count IV Negligence and Intentional Infliction of Emotional Distress

### Both defendants referenced herein

79. The tort of intentional infliction of emotional distress has four elements which both defendants have willingly met in this subject matter.

1. Both defendants Law School Admission Council (LSAC ) and the American Association of Collegiate Registrars and Admissions Officers (AACRAO) had the duty to protect plaintiff rights to apply to any law school by simply evaluating all of the plaintiff 's legal transcripts and taking into consideration the letter of recommendations sent by the Dean of Marien Ngouabi University Law School and a practicing Attorney in the State of Maine.**(EXHIBIT G )**

2. Both defendants Law School Admission Council (LSAC ) and the American Association of Collegiate Registrars and Admissions Officers (AACRAO) acted in bad faith , which was extreme and outrageous because such misconducts caused significant harm to plaintiff 's right to pursue legal education and practice law in the U.S.

3. Both defendants Law School Admission Council (LSAC ) and the American Association of Collegiate Registrars and Admissions Officers (AACRAO) conduct caused irreparable prejudice to plaintiff intellectual capacities and wasted plaintiff valuable time to apply to

any Law School from 2018 to 2024 almost six years of
discriminations, civil rights violation , disability 's right violation and
denial of justice.

4. Both defendants Law School Admission Council (LSAC ) and the
American Association of Collegiate Registrars and Admissions
Officers (AACRAO) have caused plaintiff to suffer emotional distress
consequences which caused serious suspicion and doubt from plaintiff
ex-wife , subsequently leading plaintiff to fill for divorce in 2021.

5. Plaintiff therefore is entitled to damages, compensations, and
enforcement of the Contract he has with both defendants referenced
herein.

## **Prayer for Relief**

80. Wherefore plaintiff would like to request from this honorable to court his
discretionary authority to Grant plaintiff's demand to a Jury Trial on all
issues based on the equal protection inherent to his status as  individual
living with a disability.

81. Grant an injunctive order or judgment entered against both defendants
Law School Admission Council (LSAC ) and the American Association
of Collegiate Registrars and Admissions Officers (AACRAO) to stop their
misconducts and process plaintiff transcripts.

82. An order directing LSAC and AACRAO to evaluate plaintiff's Bachelor of Law transcript 's if they are unfairly disputing plaintiff one year of advanced studies.

83. An order for compensatory and punitive damages.

84. Award plaintiff the value of all compensation and benefits lost and future loss as result of defendant's unlawful conduct.

85. For such other and further relief as the Court may deem just and proper.

Respectfully submitted.

Dated March 12th of 2024 .                    Lionel Nima Ngapey

155 Hospital St, Augusta Maine 04330

State of Maine                                    Kennebec Superior Court

Lionel Nima Ngapey

     *-Plaintiff-*

    V                              Docket…………………………..

Law School Admission Council, et Al

    *-Defendants-*


## Certificate of Service

I , Lionel Nima Ngapey , do herby certify that I have this date transmitted

via U.S Mail, postage prepaid , a true and correct copy of the above and forgoing

complaint, Summon, and Notice regarding electronic filing to the below parties:

LSAC , 662 Penn Street, Newtown PA 18940

AACRAO, 1108 16th Street NW Suite 400 Washington, DC 20036

Dated this the 13th day of March 2024.          */s/ Lionel Nima Ngapey*
                                                *Lionel Nima Ngapey*

CONTAINS NONPUBLIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

Lionel Nima Ngapey    Plaintiff

v. LSAC, and AACRAO

               Defendant

*"X" the court for filing:*

☒ Superior Court ☐ District Court

County: Kennebec County

Location (Town): Augusta

Docket No.: _____

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT OR POST-JUDGMENT MOTION**
M.R. Civ. P. 4(c)(1)

**NOTICE**

Please sign the acknowledgment below and return this form in the enclosed self-addressed stamped envelope so it will be received by the sender within 20 days from the day it was mailed to you. If you do not do this, you may be required by the Court to pay for the cost of serving the Summons and Complaint or Post-Judgment Motion on you.

**(Keep one copy of this form and the copy of the Complaint or Motion for your records.)**

**STATEMENT**

By signing, dating and returning this form, I state that I received a copy of the Summons and Complaint or a copy of the Post-Judgment Motion and that:

**AS TO ALL CIVIL COURT CASES, INCLUDING DIVORCE, JUDICIAL SEPARATION AND PARENTAL RIGHTS & RESPONSIBILITES,** I understand that if I do not file an answer to the Complaint or an objection to the Motion within the time limits established by statute or court rule and appear at all court conferences and hearings, then a judgment may be entered against me in my absence, and Plaintiff or the moving party may request that other orders be entered against me.

**AS TO DIVORCE, JUDICIAL SEPARATION, AND PARENTAL RIGHTS & RESPONSIBILITIES CASES,** I understand that if I do not want to file an Answer to the Complaint, but I do want to be heard on issues of parental rights and responsibilities regarding my children, alimony, support, counsel fees and division of marital and non-marital property, I must file an Entry of Appearance form and appear at all court conferences and hearings. I may file an Answer and Counterclaim (Forms FM-186/FM-187) to a divorce or parental rights and responsibilities' complaint. If I intend to file an Answer and Counterclaim, I understand it must be filed within 20 days of being served with the complaint. You can get an Answer and Counterclaim at any District Court or at www.courts.maine.gov.

Date (*mm/dd/yyyy*): _____ ▶ _____

                                   Signature

Printed Name: _____

☐ Attorney for: _____

Bar No. (*if applicable*): _____

Address: _____

Phone: (      ) _____

Email: _____

**IMPORTANT WARNING: You are responsible for notifying the court clerk of any changes to your address and telephone number. If you do not inform the clerk of any changes to either your address or telephone number, it may not be possible for you to get notices of court conferences and hearings.**

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CV-FM-036, Rev. 02/21          Page 1 of 1          www.courts.maine.gov
Acknowledgment of Receipt of Summons and
Complaint or Post-Judgment Motion

CONTAINS NONPUBLIC DIGITAL INFORMATION **MAINE JUDICIAL BRANCH**

*Complete the caption that applies to your case:*
☐ Lionel Ngapey                   Plaintiff/Petitioner

v. LSAC and AACRAO

_____          Defendant/Respondent
_____          Other Party

**OR**

☐ IN RE: _____

*"X" the court for filing:*
☒ Superior Court ☐ District Court
☐ Unified Criminal Docket
☐ Supreme Judicial Court
County: Kennebec County
Location (Town): Augusta
Docket No.: _____

### NOTICE REGARDING ELECTRONIC SERVICE

**NOTICE TO PARTIES:** All parties who are represented by an attorney are subject to the requirements of Electronic Service under Rule 5 of the Maine Rules of Civil Procedure, and Rule 49(d) of the Maine Rules of Unified Criminal Procedure.

**OPT IN:** *If you do not have an attorney,* papers that must be served on you by other parties in this case will be sent to you through the regular mail to your address of record. But **you have a choice** to allow other parties to serve you by sending documents electronically to your designated email address.

**PLEASE NOTE:** Any electronic service that you opt into applies only to papers served on you by other parties. It does not apply to documents that are sent to you by the court or documents that you file with the court.

**Even if you opt in to allow service by email, you can only send documents to the other parties by email if (1) they also opt in by completing this form, and (2) you can scan and create .pdf files of documents.**

**If you choose not to opt in, you do not need to do anything.** If you would like to receive papers electronically, you must meet the requirements set forth below. Check the appropriate box(es), sign, and mail or email the form to all other parties in the case. Do not file this form with the Court.

☐ **Electronic Receipt:** I choose to OPT IN to allow other parties to email me documents in this case. I have reviewed and meet all of the following electronic receipt requirements:
☐ I have a trusted email account and I have daily access to this account;
☐ I understand that **I will receive time-sensitive documents** through this email address including documents that may require me to take action in this case;
☐ This email account has available electronic storage of at least 1 gigabyte;
☐ This email account accepts emails with attachments of up to 10 megabytes; and
☐ I will be able to maintain this email account throughout this case.

Date *(mm/dd/yyyy):* _____  ▶ _____
                                          Signature of Self-Represented Party
                                          *(You do not have to print and sign this form. Typing your name above after /s/ will be accepted as an electronic signature.)*

                              Print name: _____
                        Print email address: _____

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CR-CV-FM-255, Rev. 12/20          Page 1 of 1          www.courts.maine.gov
Notice Regarding Electronic Service

# EXHIBIT A

UNIVERSITE MARIEN N'GOUABI
*********************************

**VICE-RECTORAT CHARGE
DES AFFAIRES ACADEMIQUES**
*********************

DIRECTION DE LA SCOLARITE
ET DES EXAMENS
********************

SERVICE DE LA SCOLARITE
ET DES EXAMENS AUPRES DE LA
FACULTE DE DROIT
*********

Travail*Progrès*Humanité



# ATTESTATION DE VALIDATION

*Le Recteur de l'Université Marien NGOUABI, atteste que.*

*Monsieur : **NIMA NGAPEY Lionel Aristote***

Né (e) le :      à Madingou.

A validé les semestres: **1** et **2 : Master I**

Parcours : **Recherche Fondamentale Privée**

À l'issue des sessions (**) : **Rattrapages**

De l'année académique :**2012-2013**

Fait à Brazzaville, le   0 6 AOUT 2018

Pour le Recteur et par délégation,
Le Directeur de la Scolarité et des Examens

Le Directeur

Dr Cyr Janas MILANDOU
Maitre - Assistant CAMES
*Directeur de la Scolarite des Examen*
*( D.S.E )*

# Copy 

**MARIEN NGOUABI UNIVERSITY**
**BRAZZAVILLE**
-----------

OFFICE OF THE REGISTRAR
B.P.28-BRAZZAVILLE

| 026010 | |
|---|---|
| **LD** | 12/059 |

## CERTIFICAT OF COMPLETION

This is to certify that

Mister *NIMA NGAPEY Lionel Aristote*

Born on: ▮▮▮▮▮▮ *at Madingou*

Has been awarded the

## BACHELOR'S DEGREE IN LAW

Section: **Private Law**

Option: **Business Law**

Upon successful completion of the session of the Examinations of the 2011-2012 Academic year

Grade: *C*

In witness where of, this Certificate is issued for any purpose it may serve. /-

Done at Brazzaville, *June 7ᵗʰ, 2013*

For the Rector
p.p. **Jean NGOUABI**
Registrar
(signed)

Any alteration or erasure voids this Certificate. ONLY ONE COPY CAN BE ISSUED

For the Director of International
Conferences
**P.p. Rigobert Francis OLLANDET AKA**
Director of Diplomatic Protocol

*Certified true translation of the original by the*
*Department of International Conferences of the*
*Ministry of Foreign Affairs, Cooperation*
*and Congolese Diaspora*

*Brazzaville, April 9ᵗʰ, 2018*

Copy.

**UNIVERSITE MARIEN NGOUABI**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**VICE-RECTORAT**
**CHARGE DES AFFAIRES**
**ACADEMIQUES**
\*\*\*\*\*\*\*\*\*\*\*\*

**DIRECTION DE LA SCOLARITE ET**
**DES EXAMENS**
\*\*\*\*\*\*\*\*

**SERVICE DE LA SCOLARITE ET DES**
**EXAMENS AUPRES DE LA FACULTE DE**
**DROIT**
\*\*\*\*\*\*\*\*



Nima Ngapey, Lionel Aristote; DOB: ID: 305550075
Travail Progrès Humanité



**RELEVE DE NOTES**

**Master 1**

**1er Semestre**

**Session Rattrapage**

**Année académique : 2012-2013**

Nom (s) et prénom (s) : **NIMA NGAPEY Lionel Aristote.**

Date et lieu de naissance ____ à Madingou.

Parcours : Recherche Fondamentale Privée

| Intitulé des matières | Notes/20 | Décision | |
|---|---|---|---|
| | | Ordinaire | Rattrapage |
| - Droit Civil | 13 | Validé | |
| - Droit Commercial | 13 | | Validé |
| - Droit International Privé | 12 | Validé | |
| - Droit Pénal International | 12 | | Validé |
| - Droit Pénal des Affaires | 13 | Validé | |
| - Règlement des Conflits | 12 | Validé | |
| - Droit International du Commerce | 12 | Validé | |
| - Sociologie Juridique | 12 | Validé | |
| - Philosophie du Droit | 10 | Validé | |
| - Techniques et Méthodes | 10 | Validé | |
| **Total Général** | **119** | | |
| **Moyenne Semestrielle** | **11,90** | | |
| **Décision du jury : Semestre Validé** | **Mention : Passable** | | |

Fait à Brazzaville, le **1 6 FEV 2018**

Le Directeur de la Scolarité et des Examens

Le Directeur
Cyr Jonas **MORABANDZA**

Copy

UNIVERSITE MARIEN NGOUABI
************

VICE-RECTORAT
CHARGE DES AFFAIRES
ACADEMIQUES
***********

DIRECTION DE LA SCOLARITE ET
DES EXAMENS
*******

SERVICE DE LA SCOLARITE ET DES
EXAMENS AUPRES DE LA FACULTE DE
DROIT
********



Travail* Progrès* Humanité



RELEVE DE NOTES

Master 1

2ième Semestre

Session Rattrapage

Année académique : 2012-2013

Nom (s) et prénom (s) : NIMA NGAPEY Lionel Aristote.

Date et lieu de naissance ▮▮▮▮ à Madingou.

Parcours : Recherche Fondamentale Privée

| Intitulé des matières | Notes/20 | Décision | |
|---|---|---|---|
| | | Ordinaire | Rattrapage |
| - Droit Civil | 12 | Validé | |
| - Droit Commercial | 13,5 | Validé | |
| - Droit Fiscal | 13 | Validé | |
| - Contentieux Administratifs | 12 | | Validé |
| - Droit de la Propriété Intellectuelle | 12 | Validé | |
| - Droit Maritime | 11 | | Validé |
| - Droit Processuel | 12 | | Validé |
| - Droit Immobilier | 10 | Validé | |
| Total Général | 95,5 | | |
| Moyenne Semestrielle | 11,93 | | |
| Décision du jury : Semestre Validé | Mention : Passable | | |

Fait à Brazzaville, le **16 FEV 2018**

Le Directeur de la Scolarité et des Examens

Le Directeur
Jonas MORABANDZA

# Copy



Law School Admission Council
LLM Credential Assembly Service
662 Penn Street, Box 8511
Newtown, PA 18940-8511 USA

**Transcript Request Form**

LLM.LSAC.org

**APPLICANT:** This form must be fully completed and sent to each higher education institution you attended. It must accompany the postsecondary academic records (official transcript, diploma with diploma supplement, releve de notes, mark sheets, etc.) they send to us on your behalf to the address above. This form expedites the matching of your academic records to your LSAC file.

Your records must be in the original language and include the name of the degree (diploma, certificate, etc.) you were awarded along with the date of degree conferral. If a degree is in progress, request that the expected date of graduation be included in the documentation your institution sends. If the institution does not display confirmation of the award of the degree and degree date on the transcript, you (the applicant) should provide a copy of the diploma or other proof of degree conferral to LSAC. Additionally, if your institution ranks graduates, your class rank should be included in the documentation sent to us by the institution.

If the original language of the academic record is not English, an English translation must be sent to LSAC. Academic records must be received in a sealed institution envelope with a school stamp or school seal across the flap. Academic records issued to students will not be accepted, nor will academic records be returned to you under any circumstances.

**Important:** Please verify that the correct Transcript Request Form is sent to each of your institutions.

**Full name:**    Lionel Aristote Nima Ngapey

**Other name(s):**

**Address:**    25 MARSTON ST
apt 207
LEWISTON, ME 04240-6292

**Date of birth:** [REDACTED]

**LSAC account number:** L36092160

**POSTSECONDARY INSTITUTION:** The person whose name appears above is applying to one or more law school LLM programs. Please complete the information below and return this form, along with the applicant's official academic record in the original language from your institution and English translation (if necessary), to LSAC at the address above. The information below may be used in the event we have to contact you regarding the applicant's academic record. Please include this form with the academic record you are sending. If the transcript is an updated or corrected copy, please check the appropriate box.

☑ Updated Copy    ☐ Corrected Copy



**Name of institution:** UNIVERSITE MARIEN NGOUABI
(please note any corrections)

**Dates of attendance:** 9/2009 - 9/2013

**Certificate, degree or exams completed:** Master en Droit ~ ~
**Institution contact person:** N GOU NGalgi agel Posiue .
**Institution mailing address:** Faculté de droit / .

**Phone number:** 05. 506 24 60 .

**Fax number:**

**E-mail address:**

**Copy**

UNIVERSITE MARIEN NGOUABI
\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VICE-RECTORAT
CHARGE DES AFFAIRES
ACADEMIQUES
\*\*\*\*\*\*\*\*\*\*\*

DIRECTION DE LA SCOLARITE ET
DES EXAMENS
\*\*\*\*\*\*\*\*

SERVICE DE LA SCOLARITE ET DES
EXAMENS AUPRES DE LA FACULTE DE
DROIT
\*\*\*\*\*\*\*



Travail\* Progrès\* Humanité



RELEVE DE NOTES

LICENCE 1

1er Semestre

Session Rattrapage

Année académique : 2009-2010

Nom (s) et prénom (s) : NIMA NGAPEY Lionel Aristote.

Date et lieu de naissance ▮ à Madingou.

Parcours : Tronc Commun

| Intitulé des matières | Notes/20 | Décision | |
|---|---|---|---|
| | | Ordinaire | Rattrapage |
| - Droit Constitutionnel | 11 | Validé | |
| - Droit civil | 11 | Validé | |
| - Introduction Générale au Droit | 11,5 | Validé | |
| - Relations Internationales | 14 | Validé | |
| - Histoire des Idées Politiques | 13,5 | Validé | |
| - Anglais Juridique | 10 | | Validé |
| - Technique d'Expression Française | 11 | Validé | |
| Total Général | 82 | | |
| Moyenne Semestrielle | 11,71 | | |
| Décision du jury : Semestre Validé | Mention : Passable | | |

Fait à Brazzaville, le **16 FEV 2018**

Le Directeur de la Scolarité et des Examens

Le Directeur

Jonas MORABANDZA

Copy

**UNIVERSITE MARIEN NGOUABI**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**VICE-RECTORAT
CHARGE DES AFFAIRES ACADEMIQUES**
\*\*\*\*\*\*\*\*\*\*\*\*

**DIRECTION DE LA SCOLARITE ET
DES EXAMENS**
\*\*\*\*\*\*\*\*

**SERVICE DE LA SCOLARITE ET DES
EXAMENS AUPRES DE LA FACULTE DE
DROIT**
\*\*\*\*\*\*\*\*

Travail* Progrès* Humanité



**RELEVE DE NOTES**

**LICENCE 1**

**2ᵉᵐᵉ Semestre**

**Session Rattrapage**

**Année académique : 2009-2010**

Nom (s) et prénom (s) : NIMA NGAPEY Lionel Aristote.

Date et lieu de naissance : ▮ à Madingou.

Parcours : Tronc Commun

| Intitulé des matières | Notes/20 | Décision | |
|---|---|---|---|
| | | Ordinaire | Rattrapage |
| - Droit Constitutionnel | 10 | Validé | |
| - Droit civil | 10,5 | Validé | |
| - Relations Internationales | 13 | Validé | |
| - Histoire des Idées Politiques | 12 | | Validé |
| - Economie Politique | 10 | | Validé |
| - Sociologie Politique | 11,36 | | Validé |
| - Informatique | 13 | Validé | |
| - Technique d'expression française | 11,5 | Validé | |
| Total Général | 91,36 | | |
| Moyenne Semestrielle | 11,42 | | |
| Décision du jury : Semestre Validé | Mention : Passable | | |

Fait à Brazzaville, le 16 FEV 2018

Le Directeur de la Scolarité et des Examens

Le Directeur

Cyr Jonas MORABANDZA

Copy

**UNIVERSITE MARIEN NGOUABI**
\*\*\*\*\*\*\*\*\*\*\*\*\*

**VICE-RECTORAT**
**CHARGE DES AFFAIRES**
**ACADEMIQUES**
\*\*\*\*\*\*\*\*\*\*\*

**DIRECTION DE LA SCOLARITE ET**
**DES EXAMENS**
\*\*\*\*\*\*\*

**SERVICE DE LA SCOLARITE ET DES**
**EXAMENS AUPRES DE LA FACULTE DE**
**DROIT**
\*\*\*\*\*\*\*\*





**RELEVE DE NOTES**

**LICENCE 2**

3ième **Semestre**

**Session Ordinaire**

**Année académique : 2010-2011**

Nom (s) et prénom (s) : NIMA NGAPEY Lionel Aristote.

Date et lieu de naissance ⬛ à Madingou.

Parcours : Tronc Commun

| Intitulé des matières | Notes/20 | Décision | |
|---|---|---|---|
| | | Ordinaire | Rattrapage |
| - Droit Administratif | 13 | Validé | |
| - Droit civil | 12 | Validé | |
| - Droit Commercial | 13 | Validé | |
| - Droit Pénal | 14 | Validé | |
| - Finances Publiques | 10 | Validé | |
| - Droit International Public | 11 | Validé | |
| - Economie Politique | 10 | Validé | |
| - Droit des Libertés Fondamentales | 10 | Validé | |
| Total Général | 93 | | |
| Moyenne Semestrielle | 11,63 | | |
| Décision du jury : Semestre Validé | Mention : Passable | | |

Fait à Brazzaville, le **1 6 FEV 2018**

Le Directeur de la Scolarité et des Examens

Le Directeur
Cyr-Jonas MORABANDZA

Copy

UNIVERSITE MARIEN NGOUABI
*************
VICE-RECTORAT
CHARGE DES AFFAIRES ACADEMIQUES
*************
DIRECTION DE LA SCOLARITE ET
DES EXAMENS
********
SERVICE DE LA SCOLARITE ET DES
EXAMENS AUPRES DE LA FACULTE DE
DROIT
********

Nima Ngapey, Lionel Aristote; DOB: ID: 305550075
Travail · Progrès · Humanité



**RELEVE DE NOTES**

**LICENCE 2**

4ième Semestre

**Session Ordinaire**

**Année académique : 2010-2011**

Nom (s) et prénom (s) : NIMA NGAPEY Lionel Aristote.

Date et lieu de naissance : ████████ à Madingou.

Parcours : Tronc Commun

| Intitulé des matières | Notes/20 | Décision | |
|---|---|---|---|
| | | Ordinaire | Rattrapage |
| -  Droit Administratif | 11 | Validé | |
| -  Droit civil | 11 | Validé | |
| -  Droit Commercial | 12 | Validé | |
| -  Procédure Pénale | 13 | Validé | |
| -  Finances Publiques | 10 | Validé | |
| -  Histoire des Idées Politiques | 10 | Validé | |
| -  Anglais Juridique | 14 | Validé | |
| -  Droit International Public | 14 | Validé | |
| Total Général | 95 | | |
| Moyenne Semestrielle | 11,87 | | |
| Décision du jury : Semestre Validé | Mention : Passable | | |

Fait à Brazzaville, le   1 6 FEV 2018

Le Directeur de la Scolarité et des Examens

Le Directeur

C⁺ Jonas MORABANDZA

Copy UNIVERSITE MARIEN NGOUABI
\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VICE-RECTORAT
CHARGE DES AFFAIRES
ACADEMIQUES
\*\*\*\*\*\*\*\*\*\*\*

DIRECTION DE LA SCOLARITE ET
DES EXAMENS
\*\*\*\*\*\*\*

SERVICE DE LA SCOLARITE ET DES
EXAMENS AUPRES DE LA FACULTE DE
DROIT
\*\*\*\*\*\*\*



Travail\* Progrès\* Humanité



RELEVE DE NOTES

LICENCE 3

5ième Semestre

Session Ordinaire

Année académique : 2011-2012

Nom (s) et prénom (s) : NIMA NGAPEY Lionel Aristote.

Date et lieu de naissance ▮ à Madingou.

Parcours : Droit des Affaires

| Intitulé des matières | Notes/20 | Décision | |
|---|---|---|---|
| | | Ordinaire | Rattrapage |
| - Droit Civil | 12 | Validé | |
| - Droit Commercial | 13,5 | Validé | |
| - Droit Social | 12 | Validé | |
| - Droit Civil des Biens | 12 | Validé | |
| - Finances Publiques et Fiscalité | 12 | Validé | |
| - Droit des Assurances | 12 | Validé | |
| - Droit Pénal Spécial | 13 | Validé | |
| - Droit des Transports | 12 | Validé | |
| - Déontologie Professionnelle | 10 | Validé | |
| - Conduite des Réunions | 10 | Validé | |
| Total Général | 119 | | |
| Moyenne Semestrielle | 11,90 | | |
| Décision du jury : Semestre Validé | Mention : Passable | | |

Fait à Brazzaville, le 1 6 FEV 2018

Le Directeur de la Scolarité et des Examens

Le Directeur
Jonas MORABANDZA

UNIVERSITE MARIEN NGOUABI
*************
VICE-RECTORAT
CHARGE DES AFFAIRES
ACADEMIQUES
************
DIRECTION DE LA SCOLARITE ET
DES EXAMENS
********
SERVICE DE LA SCOLARITE ET DES
EXAMENS AUPRES DE LA FACULTE DE
DROIT
********

Nima Ng... ID: 305550075

Travail • Progrès • Humanité





RELEVE DE NOTES

LICENCE 3

6ième Semestre

Session Ordinaire

Année académique : 2011-2012

Nom (s) et prénom (s) : NIMA NGAPEY Lionel Aristote.

Date et lieu de naissance : _____ à Madingou.

Parcours : Droit des Affaires

| Intitulé des matières | Notes/20 | Décision | |
|---|---|---|---|
| | | Ordinaire | Rattrapage |
| - Droit Civil | 13 | Validé | |
| - Droit Commercial | 12 | Validé | |
| - Droit Social | 13 | Validé | |
| - Droit Pénal des Affaires | 12 | Validé | |
| - Droit de la Propriété Intellectuelle | 11 | Validé | |
| - Voies d'exécution | 12 | Validé | |
| - Droit Maritime | 12 | Validé | |
| - Droit de la Consommation et de la Concurrence | 10 | Validé | |
| Total Général | 95 | | |
| Moyenne Semestrielle | 11,87 | | |
| Décision du jury : Semestre Validé | Mention : Passable | | |

Fait à Brazzaville, le 1 6 FEV 2018

Le Directeur de la Scolarité et des Examens

LE Directeur

Cyr Jonas MORABANDZA

# Copy

MARIEN NGOUABI UNIVERSITY

------------------

OFFICE OF THE VICE-RECTOR
IN CHARGE OF ACADEMIC AFFAIRS

------------------

DEPARTMENT OF EXAMINATIONS

---------------------

OFFICE OF THE REGISTRAR TO THE
FACULTY OF LAW

*Labour* Progress* Humanity*

## TRANSCRIPT

### BACHELOR'S DEGREE 1

**Semester 1**

**Make up Session**

**Academic Year: 2009-2010**

Full name: **NIMA NGAPEY Lionel Aristote**

Date and place of birth ▮▮▮▮▮ at **Madingou**

Program: **Common Core**

| | CREDITS | Marks /20 | Resolution | |
|---|---|---|---|---|
| | | | **Ordinary** | **Make up** |
| - | Constitutional Law | 11.00 | Validated | |
| - | Civil Law | 11.00 | Validated | |
| - | General Introduction in Law | 11.50 | Validated | |
| - | International Relations | 14.00 | Validated | |
| - | Political Ideas History | 13.50 | Validated | |
| - | Legal English | 10.00 | | Validated |
| - | French Expressions Skills | 11.00 | Validated | |
| | **Overall Total** | **82.00** | | |
| | **Semester Average** | **11.71** | | |
| | **Resolution of the Jury: Validated Semester** | **Grade: C** | | |

Done at Brazzaville, February 16th, 2018

**Cyr Jonas MORABANDZA**
Registrar
(signed)

For the Director of International Conferences
p.p. **Rigobert Francis OLLANDET AKA**
Director of Diplomatic Protocol

*Certified true translation of the original by the
Department of International Conferences of the
Ministry of Foreign Affairs and Cooperation,
and the Congolese Diaspora.*

*Brazzaville, April 10th, 2018*

# Copy

MARIEN NGOUABI UNIVERSITY
-------------------

OFFICE OF THE VICE-RECTOR
IN CHARGE OF ACADEMIC AFFAIRS
-------------------

DEPARTMENT OF EXAMINATIONS
----------------------

OFFICE OF THE REGISTRAR TO THE
FACULTY OF LAW

*Labour* * *Progress* * *Humanity*

## TRANSCRIPT

### BACHELOR'S DEGREE 1

#### Semester 2

#### Make up Session

#### Academic Year: 2009-2010

Full name: **NIMA NGAPEY Lionel Aristote**

Date and place of birth: ▮▮▮▮▮▮▮▮ at **Madingou**

Program: **Common Core**

| | CREDITS | Marks/20 | Resolution | |
|---|---|---|---|---|
| | | | Ordinary | Make up |
| - | Constitutional Law | 10.00 | Validated | |
| - | Civil Law | 10.50 | Validated | |
| | International Relations | 13.00 | Validated | |
| - | Political Ideas History | 12.00 | | Validated |
| - | Political Economy | 10.00 | | Validated |
| - | Political Sociology | 11.36 | | Validated |
| - | Computer Sciences | 13.00 | Validated | |
| | French Expressions Skills | 11.50 | Validated | |
| | **Overall Total** | **91.36** | | |
| | **Semester Average** | **11.42** | | |
| | **Resolution of the Jury: Validated Semester** | **Grade: C** | | |

Done at Brazzaville, February 16th, 2018

**Cyr Jonas MORABANDZA**
Registrar
(signed)

For the Director of International Conferences
p.p. **Rigobert Francis OLLANDET AKA**
Director of Diplomatic Protocol

*Certified true translation of the original by the Department of International Conferences of the Ministry of Foreign Affairs and Cooperation, and the Congolese Diaspora.*

*Brazzaville, April 10th, 2018*

# Copy

MARIEN NGOUABI UNIVERSITY

-------------------

OFFICE OF THE VICE-RECTOR
IN CHARGE OF ACADEMIC AFFAIRS

-------------------

DEPARTMENT OF EXAMINATIONS

-------------------

OFFICE OF THE REGISTRAR TO THE
FACULTY OF LAW

*Labour* Progress* Humanity*

## TRANSCRIPT

### BACHELOR'S DEGREE 2

#### Semester 3

#### Ordinary Session

#### Academic Year: 2010-2011

Full name: **NIMA NGAPEY Lionel Aristote**

Date and place of birth: [redacted] t Madingou

Program: **Common Core**

| | CREDITS | Marks /20 | Resolution | |
|---|---|---|---|---|
| | | | Ordinary | Make up |
| - | Administrative Law | 13.00 | Validated | |
| - | Civil Law | 12.00 | Validated | |
| - | Commercial Law | 13.00 | Validated | |
| - | Legal Law | 14.00 | Validated | |
| - | Publics Finance | 10.00 | Validated | |
| - | Public International Law | 11.00 | Validated | |
| - | Political Economy | 10.00 | Validated | |
| - | Law of Fundamental Liberties | 10.00 | Validated | |
| | **Overall Total** | 93.00 | | |
| | **Semester Average** | 11.63 | | |
| | **Resolution of the Jury: Validated Semester** | **Grade: C** | | |

Done at Brazzaville, February 16th, 2018

**Cyr Jonas MORABANDZA**
Registrar
(signed)

*Certified true translation of the original by the
Department of International Conferences of the
Ministry of Foreign Affairs and Cooperation, and
the Congolese Diaspora.*

*Brazzaville, April 10th, 2018*

For the Director of International Conferences
p.p. **Rigobert Francis OLLANDET AKA**
Director of Diplomatic Protocol

MARIEN NGOUABI UNIVERSITY

--------------------

OFFICE OF THE VICE-RECTOR
IN CHARGE OF ACADEMIC AFFAIRS

--------------------

DEPARTMENT OF EXAMINATIONS

--------------------

OFFICE OF THE REGISTRAR TO THE
FACULTY OF LAW

*Labour\* Progress\* Humanity*

# TRANSCRIPT

### BACHELOR'S DEGREE 2

### Semester 4

### Ordinary Session

### Academic Year: 2010-2011

Full name: **NIMA NGAPEY Lionel Aristote**

Date and place of birth: ■ at **Madingou**

Program: **Common Core**

| | CREDITS | Marks/20 | Resolution | |
|---|---|---|---|---|
| | | | Ordinary | Make up |
| - | Administrative Law | 11.00 | Validated | |
| - | Civil Law | 11.00 | Validated | |
| - | Commercial Law | 12.00 | Validated | |
| - | Legal Procedure | 13.00 | Validated | |
| - | Public Finance | 10.00 | Validated | |
| - | Political Ideas History | 10.00 | Validated | |
| - | Legal English | 14.00 | Validated | |
| - | Public International Law | 14.00 | Validated | |
| | **Overall Total** | **95.00** | | |
| | **Semester Average** | **11.87** | | |
| | **Resolution of the Jury: Validated Semester** | **Grade: C** | | |

Done at Brazzaville, February 16th, 2018

**Cyr Jonas MORABANDZA**
Registrar
(signed)

*Certified true translation of the original by the
Department of International Conferences of the
Ministry of Foreign Affairs and Cooperation, and
the Congolese Diaspora.*

*Brazzaville, April 10th, 2018*

For the Director of International Conferences
p.p. **Rigobert Francis OLLANDET-AKA**
Director of Diplomatic Protocol

# Copy

MARIEN NGOUABI UNIVERSITY

Labour* Progress* Humanity

OFFICE OF THE VICE-RECTOR IN
CHARGE OF ACADEMIC AFFAIRS

DEPARTMENT OF EXAMINATIONS

OFFICE OF THE REGISTRAR TO THE
FACULTY OF LAW

## TRANSCRIPT

### BACHELOR'S DEGREE 3

5th Semester

Ordinary Session

Academic Year: 2011-2012

Full name: **NIMA NGAPEY Lionel Aristote**

Date and place of birth: ▉▉▉▉▉▉ at Madingou

Program: **Business Law**

| CREDITS | CREDITS AVERAGE | RESOLUTION | |
|---|---|---|---|
| | | ORDINARY | MAKE UP |
| Civil Law | 12 | Validated | |
| Commercial Law | 13,5 | Validated | |
| Social Law | 12 | Validated | |
| Property Civil Law | 12 | Validated | |
| Public Finance and Taxation System | 12 | Validated | |
| Insurance Law | 12 | Validated | |
| Special Legal Law | 13 | Validated | |
| Transport Law | 12 | Validated | |
| Professional Deontology | 10 | Validated | |
| Meeting of Conduct | 10 | Validated | |
| **Overall Total** | **119** | | |
| **Semester Average** | **11.90** | | |
| **Resolution of Jury: Validated Semester** | **Grade    C** | | |

Done at Brazzaville, **February 16th, 2018**

Signed:

*Cyr Jonas MORABANDZA*
Registrar

For the Director of International Conferences
**P.p. Rigobert Francis OLLANDET AKA**
Director of Diplomatic Protocol

*Certified true translation of the original by the
Department of International Conferences of the
Ministry of Foreign Affairs, Cooperation and
Congolese Diaspora*

*Brazzaville, April 10th, 2018*

# Copy

**MARIEN NGOUABI UNIVERSITY**

--------------------

**OFFICE OF THE VICE-RECTOR IN CHARGE OF ACADEMIC AFFAIRS**

--------------------

**DEPARTMENT OF EXAMINATIONS**

--------------------

**OFFICE OF THE REGISTRAR TO THE FACULTY OF LAW**

**Labour* Progress* Humanity**

# TRANSCRIPT

**BACHELOR'S DEGREE 3**

**6th Semester**

**Ordinary Session**

**Academic Year: 2011-2012**

Full name: **NIMA NGAPEY Lionel Aristote**

Date and place of birth: at Madingou

Program: **Business Law**

| CREDITS | CREDITS AVERAGE | RESOLUTION | |
|---|---|---|---|
| | | ORDINARY | MAKE UP |
| Civil Law | 13 | Validated | |
| Commercial Law | 12 | Validated | |
| Social Law | 13 | Validated | |
| Business Legal Law | 12 | Validated | |
| Intellectual property Law | 11 | Validated | |
| Measures of Execution | 12 | Validated | |
| Maritime Law | 12 | Validated | |
| Consumption and Competition Law | 10 | Validated | |
| **Overall Total** | **95** | | |
| **Semester Average** | **11.87** | | |
| **Resolution of Jury: Validated Semester** | **Grade   C** | | |

Done at Brazzaville, **February 16th, 2018**

Signed:

**Cyr Jonas MORABANDZA**
Registrar

For the Director of International Conferences
**P.p. Rigobert Francis OLLANDET AKA**
Director of Diplomatic Protocol

*Certified true translation of the original by the Department of International Conferences of the Ministry of Foreign Affairs, Cooperation and Congolese Diaspora*

*Brazzaville, April 9th, 2018*

# Copy

MARIEN NGOUABI UNIVERSITY
--------------------

OFFICE OF THE VICE-RECTOR
IN CHARGE OF ACADEMIC AFFAIRS
--------------------

DEPARTMENT OF EXAMINATIONS
--------------------

OFFICE OF THE REGISTRAR TO THE
FACULTY OF LAW

*Labour\* Progress\* Humanity*

## TRANSCRIPT
**Master's Degree 1**
**1st Semester**
**Make up Session**
**Academic Year: 2012-2013**

Full name: **NIMA NGAPEY Lionel Aristote**

Date and place of birth: ▆▆▆▆▆▆ at Madingou

Program: **Private Fundamental Research**

| | CREDITS | Credits Average | Resolution | |
|---|---|---|---|---|
| | | | Ordinary | Make up |
| - | Civil Law | 13.00 | Validated | |
| - | Commercial Law | 13.00 | | Validated |
| - | Private International Law | 12.00 | Validated | |
| - | International Legal Law | 12.00 | | Validated |
| - | Business Legal Law | 13.00 | Validated | |
| - | Conflict Resolution | 12.00 | Validated | |
| - | International Commercial Law | 12.00 | Validated | |
| - | Legal Sociology | 12.00 | Validated | |
| - | Philosophy of Law | 10.00 | Validated | |
| - | Techniques and Methodologies | 10.00 | Validated | |
| | **Overall Total** | **119.00** | | |
| | **Semester Average** | **11.90** | | |
| | Resolution of the Jury: **Validated Semester** | **Grade: C** | | |

Done at Brazzaville, May 6th, 2017

**Cyr Jonas MORABANDZA**
Registrar
(signed)

For the Director of International Conferences
p.p. **Rigobert Francis OLLANDET AKA**
Director of Diplomatic Protocol

*Certified true translation of the original by the*
*Department of International Conferences of the*
*Ministry of Foreign Affairs and Cooperation, and*
*the Congolese Diaspora.*

*Brazzaville, April 10th, 2018*


MARIEN NGOUABI UNIVERSITY
--------------------
OFFICE OF THE VICE-RECTOR
IN CHARGE OF ACADEMIC AFFAIRS
--------------------
DEPARTMENT OF EXAMINATIONS
--------------------
OFFICE OF THE REGISTRAR TO THE
FACULTY OF LAW

*Labour\* Progress\* Humanity*

# TRANSCRIPT
**Master's Degree 1**
**2nd Semester**
**Make up Session**
**Academic Year: 2012-2013**

Full name: **NIMA NGAPEY Lionel Aristote**

Date and place of birth: ██████████ at Madingou

Program: **Private Fundamental Research**

| | CREDITS | Credits Average | Resolution | |
|---|---|---|---|---|
| | | | Ordinary | Make up |
| - | Civil Law | 12.00 | Validated | |
| - | Commercial Law | 13.50 | Validated | Validated |
| - | Fiscal Law | 13.00 | Validated | |
| - | Administrative Litigation | 12.00 | | Validated |
| - | Intellectual Property Law | 12.00 | Validated | |
| - | Maritime Law | 11.00 | | |
| - | Procedural Law | 12.00 | | |
| - | Real Estate Law | 10.00 | Validated | |
| | **Overall Total** | 95.05 | | |
| | **Semester Average** | 11.93 | | |
| | Resolution of the Jury: **Validated Semester** | **Grade: C** | | |

Done at Brazzaville, February 16th, 2018

**Cyr Jonas MORABANDZA**
Registrar
(signed)



For the Director of International Conferences
p.p. **Rigobert Francis OLLANDET AKA**
Director of Diplomatic Protocol

*Certified true translation of the original by the
Department of International Conferences of the
Ministry of Foreign Affairs and Cooperation, and
the Congolese Diaspora.*

*Brazzaville, April 10th, 2018*

**Copy**

### MARIEN NGOUABI UNIVERSITY
### BRAZZAVILLE
----------

OFFICE OF THE REGISTRAR
B.P.28-BRAZZAVILLE

| 026010 | |
|--------|--------|
| LD | 12/059 |

## CERTIFICAT OF COMPLETION

This is to certify that

Mister *NIMA NGAPEY Lionel Aristote*

Born on: ███████ *at Madingou*

Has been awarded the

## BACHELOR'S DEGREE IN LAW

Section: **Private Law**

Option: **Business Law**

Upon successful completion of the session of the Examinations of the 2011-2012 Academic

year

Grade: *C*

In witness where of, this Certificate is issued for any purpose it may serve. /-

Done at Brazzaville, *June 7th, 2013*

For the Rector
p.p. **Jean NGOUABI**
Registrar
(signed)

Any alteration or erasure voids this Certificate. ONLY ONE COPY CAN BE ISSUED

For the Director of International
Conferences
**P.p. Rigobert Francis OLLANDET AKA**
Director of Diplomatic Protocol

*Certified true translation of the original by the
Department of International Conferences of the
Ministry of Foreign Affairs, Cooperation
and Congolese Diaspora*

*Brazzaville, April 9th, 2018*

Copy

# UNIVERSITE MARIEN NGOUABI

## BRAZZAVILLE

0260

12055

## DIRECTION DE LA SCOLARITE ET DES EXAMENS

### BRAZZAVILLE

# ATTESTATION DE SUCCES

Le Recteur de l'UNIVERSITE MARIEN NGOUABI certifie

que Monsieur **NIMA NGAPEY Lionel Aristote**

Né le ... à Madingou ...

a été déclaré

## LICENCIE EN DROIT

Section : **droit privé**

Option : **droit des affaires**

à l'issue de la session de rattrapage, examens de l'année académique 2011-2012

Mention : **Passable**

Fait à Brazzaville, le 7 juin 2013

Pour le Recteur et par délégation
Le Directeur de la Scolarité et des
Examens

Jean NGOUABI

Cette attestation, pour être valable, ne doit être ni surchargée ni grattée.

IL NE PEUT EN ÊTRE DELIVRÉ QU'UN SEUL EXEMPLAIRE

L'intéressé en fera les copies qu'il lui seront nécessaires, les fera certifier conformes

à l'original par les autorités compétentes.

Copy

MARIEN NGOUABI UNIVERSITY

LABOR-PROGRES-HUMANITY

VICE RECTORAT FOR ACCADEMIC AFFAIRS

EXAM AND TUITION AFFAIRS

EXAM AND TUITION AFFAIRS AT LAW SCHOOL

## ATTESTATION OF VALIDATION.

The Rector of Marien Ngouabi University, hereby, certifies that:

Mister Lionel Aristote NIMA NGAPEY

Date of Birth ███████ in Madingou

Has successfully completed the first and second semester of Master 1

Major: Private Fundamental Research

At the end of the Make-up sessions

Of the academic year 2012-2013.

Brazzaville August 06th 2018

For the Rector and by delegation

The head of tuition affairs

Dr. Cyr Jonas MORABANZA

# EXHIBIT B1-B2

# Copy

MARIEN NGOUABI UNIVERSITY

VICE RECTORAT FOR ACCADEMIC AFFAIRS

EXAM AND TUITION AFFAIRS

EXAM AND TUITION AFFAIRS AT LAW SCHOOL

LABOR-PROGRES-HUMANITY

## ATTESTATION OF VALIDATION.

The Rector of Marien Ngouabi University, hereby, certifies that:

Mister Lionel Aristote NIMA NGAPEY

Date of Birth ■■■■■■■ in Madingou

Has successfully completed the first and second semester of Master 1

Major:  Private Fundamental Research

At the end of the Make-up sessions

Of the academic year 2012-2013.

Brazzaville August 06th 2018

For the Rector and by delegation
The head of tuition affairs

Dr. Cyr Jonas MORABANZA

Copy

UNIVERSITE MARIEN N'GOUABI
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**VICE-RECTORAT CHARGE
DES AFFAIRES ACADEMIQUES**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DIRECTION DE LA SCOLARITE
ET DES EXAMENS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SERVICE DE LA SCOLARITE
ET DES EXAMENS AUPRES DE LA
FACULTE DE DROIT
\*\*\*\*\*\*\*\*

Travail\*Progrès\*Humanité
-----------



# ATTESTATION DE VALIDATION

*Le Recteur de l'Université Marien NGOUABI, atteste que.*

*Monsieur : **NIMA NGAPEY Lionel Aristote***

Né (e) le : ▓▓▓▓ Madingou.

A validé les semestres: **1 et 2 : Master I**

Parcours : **Recherche Fondamentale Privée**

À l'issue des sessions (\*\*) : **Rattrapages**

De l'année académique :**2012-2013**

Fait à Brazzaville, le   0 6 AOUT 2018

Pour le Recteur et par délégation,
Le Directeur de la Scolarité et des Examens

*Le Directeur*

*Dr Cyr Jonas ▓▓▓▓▓▓▓*
*Maître - Assistant CAMES*
*Directeur de la Scolarite des Examens*
*( D.S.E )*

# EXHIBIT C

**First Degree in Law Institution**

Universite Marien Ngouabi

⑦Credential Requirements for Congo

Field of study:

**Research - Fundamental Private Law**

Date attended (beginning):

**9/2012**

Date attended (ending):

**9/2013**

Transcript Request Form 🖼

Name of certificate, degree or exams awarded:

**Attestation de Validation for Master 1**

Date awarded:

**9/2013**

Transcript processed:

**8/27/2018**

Doc Class:

**Transcript Complete**

**Postsecondary Institutions Attended**

Universite Marien Ngouabi

# EXHIBIT D



# INSTITUT D'ENSEIGNEMENT
# PROFESSIONNEL APPLIQUE
### Attestation d'agrément n°078/MES-CAB.DGESUP-DAAC
### 2054, rue Madzia bis, Batignolles / Moungali



## *Certificat de travail*

Je soussigné Serge MBEMBA, Directeur Général de l'Institut d'Enseignement Professionnel Appliqué (IEPA), certifie que :

Monsieur      : **NIMA NGAPEY Lionel Aristote**

Né le      : ███████

A      : **Madingou (République du Congo)**

De nationalité      : **Congolaise**

A exercé au sein de mon établissement en qualité d'enseignant de Droit civil et Droit du travail durant la période allant d'octobre 2012 à décembre 2013.

Il nous quitte ce jour, libre de tout engagement.

En foi de quoi, le présent certificat lui est délivré pour servir et valoir ce que de droit.

Fait à Brazzaville, le 27 décembre 2013

Le Directeur Général

Serge MBEMBA
Directeur Général

# EXHIBIT E

Commission Episcopale de L'Education Chrétienne
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Commission Diocésaine de L'Education Catholique
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Direction Diocésaine de L'Ecole Catholique
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Coordination Sectorielle Brazzaville Centre
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Complexe Scolaire Anne- Marie JAVOUHEY
Brazzaville

République du Congo
Unité\* Travail \*Progrès

N°..O.2.0.. / C.S.A.M.J-Co

# ATTESTATION DE L'EMPLOYEUR

Je soussignée, Coordinatrice du Complexe Scolaire « Anne – Marie JAVOUHEY »

Atteste que :   **Mr NIMA NGAPEY Lionel Aristote**

Né (e) le : Le ▮▮▮▮▮▮▮ à Madingou

Nationalité : Congolaise  est employé  dans mon établissement

Depuis le : 09 septembre 2013 en qualité de : **Professeur de Droit**

Conformément à la note de service n°001/2013 du  23 septembre 2013

En foi de quoi, la présente attestation lui est délivrée pour servir et valoir ce que de droit.

Fait à Brazzaville, le ....**2 8 AVR 2016**..............



# EXHIBIT F

**Date**

**Transaction**      Document Assembly Service

**Amount per item**      85.00

**Payments/Credits**

**Date**

**Transaction**      International Evaluation
Service

**Amount per item**      135.00

**Payments/Credits**



## Transactions Summary

| | |
|---|---|
| Total Charges: | **250.00** |
| Total Credits: | **250.00** |
| Balance: | **0.00** |

# EXHIBIT G

## LSAC'S ANSWER TO COMPLAINT AND REQUESTS FOR INFORMATION

The Law School Admission Council ("LSAC") denies that it violated Lionel Ngapey's ("Mr. Ngapey's") rights in any way and answers the particular allegations of his Complaint as follows:

1.      LSAC does not have first-hand knowledge whether Mr. Ngapey is from Congo Brazzaville, but states that Mr. Ngapey has identified his place of birth as Madingou and has identified his primary citizenship as "Congo" in biographical information he has provided to LSAC.

2.      LSAC does not have first-hand knowledge of Mr. Ngapey's race, and states that Mr. Ngapey declined to identify his race/ethnicity in biographical information he has provided to LSAC.

3.      LSAC does not have first-hand knowledge whether Mr. Ngapey was educated as an attorney in Congo-Brazzaville, but states that Mr. Ngapey has submitted a letter from Professor Guy Mebiama dated December 13, 2018, who identified himself as Dean of Marien Ngouabi University Law School and stated that Mr. Ngapey was a student at the Marien Ngouabi University School of Law from November 2009 to July 2013 and graduated with a Master of civil law.

4.      It is not clear what Mr. Ngapey is alleging when he states that he is eligible for a Master of Laws (LLM) in the United States. It appears that Mr. Ngapey wants to apply to an LLM program in the United States.

5.      LSAC admits that it received a letter of reference from Professor Guy Mebiama, Dean of Marien Ngouabi University School of Law on March 21, 2019, and that Mr. Ngapey paid processing fees for the LLM Credential Assembly Service ("LLM CAS") to LSAC in June 2018.

Mr. Ngapey's statement that he submitted "all required law school transcripts ... to be evaluated for LLM eligibility," is vague. He did not, however, submit all the documentation necessary to authenticate the credentials he presented or to provide a summary of his academic record, which is a service he requested LSAC's CAS LLM to provide.

6.     LSAC denies the allegations in paragraph 6 as stated. By letter dated June 19, 2018, the LLM CAS at LSAC informed Mr. Ngapey that it had completed a preliminary review of his file and had suspended the evaluation process because he had not submitted all the necessary documentation. He specifically needed to provide (a) an *Attestation de success* for the *Licencie en droit* n French, from the *Universite Marien Ngouabi* and (b) *Attestation de success* for the *Maîtrise en droit (Master en droit)* in French, from the *Universite Marien Mgouabi*.

7.     LSAC denies the allegations in paragraph 7 as stated. By letter dated June 20, 2018, Mr. Ngapey wrote to LSAC stating that "the Law School of the University Marien Ngouabi no longer issue[s] *attestation de success for the Maitrise en Droit*, because since 2007 the University has adopted the French system LMD (Licence Master Doctorate)." He further wrote: "The Master1 has replaced the former *Maitrise en Droit* and the Master2 the former Diplome d'Etude Approfondie (D.E.A. en Droit). For students who completed a Master1 of Law the university deliver *the Attestation de Validation*. That document was issued and sent to you with two major errors if you check the document: 1. It should be read on the document a semester 1 and 2 of Master1 not Licence III 2. The French word Parcours which means major in English should be Private Fundamental Research, not Droit des Affaires." He then wrote: "I would contact the university to check if their can issue another attestation de Validation of Master1." In other words, Mr. Ngapey himself recognized that there were problems with the documentation he had submitted to LSAC's LLM CAS.

LSAC's LLM CAS responded to Mr. Ngapey by letter dated July 30, 2018, indicating that additional documentation was needed, specifically: "You outlined two significant errors on your academic documents for the Master 1 from the Université Marien Ngouabi: 1) the *Attestation de Validation* refers to semesters 1 and 2 of the *Licence* **III**, and 2) the major field is indicated as *Droit des Affairs*. If these are, indeed, errors in the documents, they must be officially corrected before work on your evaluation can be continued. *Please contact the university and request that they correct your documents and reissue them* ***directly to LSAC****. Once these items are received, we will resume the evaluation process."

8.      LSAC denies the allegations in paragraph 8. LSAC's LLM CAS has not been able to complete its evaluation of Mr. Ngapey's credentials because he has not submitted all the required documentation, not because of his race, skin color, language of instruction, or country of origin.

9.      LSAC has been unable to find any record that Mr. Ngapey contacted LSAC on September 8, 2022. LSAC denies that it has "refused to interact" with Mr. Ngapey.

10.     LSAC denies that it has discriminated against Mr. Ngapey on any basis in violation of the Maine Human Rights Act. LSAC further denies that it is an educational institution.

### **RESPONSE TO REQUEST FOR INFORMATION AND DOCUMENTS**

1.      Non-Discloure Agreement:

LSAC provided a signed copy of the Non-Disclosure Agreement on April 27, 2023. Another copy is included at Exhibit A.

2.    Position Statement/Narrative of Events:

LSAC is a not-for-profit organization that provides products and services that support candidates and schools throughout the law school admission process. LSAC is not itself a school or educational institution.

LSAC's LLM CAS simplifies the application process for eligible graduates of universities or law schools who want to obtain an LLM or other graduate law degree from a participating U.S. law school. The LLM CAS service allows candidates to request just one copy of their official academic documents and letter of recommendation for submission to LSAC. When a candidate's selected schools request these credentials, the LLM CAS forwards the document to them.

Candidates may also voluntarily sign up for the International Transcript Authentication and Evaluation Service (ITAES). This service authenticates educational documentation and credentials and also prepares standardized performance reports (for example, the ITAES service may take a report of "average," "above average," or "superior" performance in different academic subjects as reflected on an international transcript and express this as a standard grade/GPA as typically seen in United States schools). LSAC contracts with a third party, ACCRAO, to perform these services.

Mr. Ngapey signed up for the ITAES service but did not provide all the documents needed by ACCRAO to complete the authentication and credentialing process; therefore, his file has remained on hold.

LSAC notes that Mr. Ngapey filed his Complaint as a "Complaint of Discrimination in Education." The Maine Human Rights Act defines "Educational institution" as "any public school or educational program, any public post-secondary institution, any private school or education program approved for tuition purposes if both male and female students are admitted and the governing body of each such school or program." 5 M.R.S. § 4553 2-A. LSAC is a private entity;

- 4 -

it is not a school or education program and it does not receive tuition. It appears, therefore, that the Commission does not have jurisdiction over this matter. LSAC is nevertheless responding to the Complaint on its merits, pursuant to the instructions in your March 10, 2023 letter.

In June 2018, Mr. Ngapey submitted documentation to LSAC as part of the LLM CAS. By letter dated June 19, 2018, the LSAC LLM CAS notified Mr. Ngapey that it had suspended the evaluation process (i.e., it suspended the process of authenticating and evaluating the Universite Marien Ngouabi academic credentials) because further documentation was needed. The LSAC LLM CAS informed Mr. Ngapey:

In order for us to proceed with the evaluation, the following item(s) must be submitted:

1. *Attestation de success* for the *Licencie en droit* in French, from the *Universite Marien Ngouabi.*

2. *Attestation de success* for the *Maîtrise en droit (Master en droit)* in French, from the *Universite Marien Ngouabi.*

Please note that these documents were not included in the documentation that we received from the university. Please request them to be sent directly to us. If there is some reason that these documents are not available from the university, please send copies of the documents that you have in your possession and write an explanation as to why they are not available directly from the university.

Once these items are received, we will resume the evaluation process....

A copy of this June 19, 2018 letter is attached at Exhibit B.

Mr. Ngapey responded by letter dated June 20, 2018, as follows:

I received your email requesting my *attestation de success for the License en Droit* from the University Marien Ngouabi along with my *attestation de success for the Maitrise en Droit* (Master en Droit) from the University Marien Ngouabi.

Please be advised that the Law School of the University Marien Ngouabi no longer issue *attestation de success for the Maitrise en Droit,* because since 2007 the University has adopted the French system LMD (Licence Master Doctorate).

The Master1 has replaced the former *Maitrise en Droit* and the Master2 the former Diplome d'Etude Approfondie (D.E.A. en Droit). For students who completed a

Master1 of Law the university deliver *the Attestation de Validation*. That document was issued and set to you with two major errors if you check the document:

1.     It should be read on the document a semester 1 and 2 of Master1 not Licence III

2.     The French work Parcours which means major in English should be Private Fundamental Research, not Droit des Affairs.

I would contact the university to check if their can issue another attestation de Validation of Master1.

A copy of this June 20, 2018 letter is included at Exhibit C.

LSAC's LLM CAS responded by letter dated July 30, 2018, explaining:

We have reviewed your comments, but have suspended the evaluation process, as further documentation is needed. In order for use to proceed with the evaluation, the following item(s) must be addressed:

•     You outlined two significant errors on your academic documents for the Master 1 from the Université Marien Ngouabi: 1) the *Attestation de Validation* refers to semesters 1 and 2 of the *Licence* III, and 2) the major field is indicated as *Droit des Affairs*. If these are, indeed, errors in the documents, they must be officially corrected before work on your evaluation can be continued. *Please contact the university and request that they correct your documents and reissue them directly to LSAC*.

Once these items are received, we will resume the evaluation process....

A copy of this July 30, 2018 letter is included at Exhibit D.

By letter dated November 19, 2018, LSAC's LLM CAS informed Mr. Ngapey that it had received his corrected university documentation, *Attestation de Validation* for Semesters 1 and 2 of the Master 1, but still needed to receive confirmation of the award of the Master 1. As LSAC's LLM CAS informed Mr. Ngapey, this could come in the form of an attested copy of the diploma or the *Attestation de Succes*. It informed Mr. Ngapey that it would resume the evaluation process once these items were received. A copy of this November 19, 2018 letter is included at Exhibit E.

To date, Mr. Ngapey has not provided the additional required documentation. Because Mr. Ngapey signed up for the ITAES service but has not yet provided all the documentation needed to

complete the authentication and credentialing process, LSAC's LLM CAS has been unable to transfer his educational records to the one law school to which he has applied.

LSAC has not denied Mr. Ngapey any services on the basis of his race or national origin. He has not complied with the standard rules and policies applicable to all candidates utilizing the ITAES service and provided the necessary documentation to complete the ITAES process.

LSAC also notes that Mr. Ngapey is complaining of events that occurred in June 2018, and his complaint therefore is out of time. 5 M.R.S. § 4611 provides: "Any aggrieved person ... may file a complaint under oath with the commission stating the facts concerning the alleged discrimination, except that a complaint must be filed with the commission not more than 300 days after the alleged act of unlawful discrimination."

Finally, it is LSAC's understanding that the Commission is not investigating Mr. Ngapey's claim of disability-based discrimination or other issues raised in his undated letter to Ms. Sneirson, but please let us know if that is not correct. LSAC denies any claim of disability-based discrimination.

3.     Legal Corporate Name/Number of Employees:

Respondent's legal corporate name is Law School Admission Council, Inc. It commonly goes by the acronym "LSAC." LSAC's office is in Newtown, Pennsylvania, and it has approximately 396 employees.

4.     Individuals with Knowledge of the Incident and Who Assisted in Responding to Request for Information:

Ted Sakis, Director of Credential Services as LSAC, has reviewed information relating to Mr. Ngapey's interactions with LSAC's LLM CAS and assisted in responding to this request for information. Deborah Henasey, Coordinator—LLM and International Credentials, has also

reviewed information relating to Mr. Ngapey's interactions with LSAC's LLM CAS and assisted in responding to this request for information.

5.     Copy of Any Reports, Information, Logs, Video- and Audio-Tapes Relating to the Evaluation of Complainant's Request to Be Evaluated for LLM Eligibility:

Please see the correspondence reference above and included at Exhibits B-E. Please also see the email communications included at Exhibit F. LSAC objects to producing any documents protected by the attorney-client privilege, work product protection, or other applicable privilege or protection in response to this request.

Please also see the general information regarding LSAC's LLM CAS and its policies and procedures included at Exhibit G.

6.     Description of the Services Respondent Provides to the Public:

LSAC does not provide any services to the general public. LSAC provides the following services for individuals who are interested in pursuing a legal education:

(a)     The Law School Admission Test ("LSAT"), a standardized test relied on by many law schools as part of the admission process, as well as free practice tests.

(b)     The Credential Assembly Service (CAS), which streamlines law school admission by allowing applicants to have all transcripts and recommendations sent only once to LSAC. LSAC summarizes and combines that information with LSAT scores and writing samples into a report that is sent upon request to the law schools to which the applicant applies.

(c)     The LLM Credential Assembly Service (LLM CAS), which simplifies the application process for eligible graduates of universities or law schools who want to obtain an LLM or other graduate law degree from a participating US law school. The LLM CAS service allows candidates to request just one copy of their official academic documents and letters of

recommendation for submission to LSAC. When a candidate's selected school requests these credentials, LSAC forwards the documents to them.

(d) Law School Forums, which provides opportunities for law school representatives and law school candidates to meet face to face and participate in workshops on essential admission topics.

(e) Diversity Initiatives, consisting of programs and initiatives created and funded to increase the number of lawyers who are racially and ethnically diverse, LGBTQ+, and persons with disabilities.

(f) Candidate Referral Service (CRS), which makes it possible for law school candidates to provide information about themselves that will make it easy for law schools to recruit them.

(g) LSAC Ambassadors Program, where LSAC Ambassadors (trained experts in law school admission matters) provide law school candidates and legal education professionals with encouragement, current information, and instruction on how to use the took available on LSAC.org.

6. Copies of Policies that Address Discrimination

LSAC has numerous employee-facing antidiscrimination policies, as shown in the documents included at Exhibit H. Although the policies are worded with respect to employees and other parties, any acts of discrimination against candidates would be considered a violation of these policies.

7.    Any other Information, Documents, or Position Statement Respondent Deems

Relevant

LSAC has not identified any other documents or information to provide at this time. If you

have any question about the issues discussed above or documents provided with this response, we

would be happy to speak with you.

Dated: May 9, 2023

Respectfully submitted,

Amy Beth Dambeck
Vice President of Legal and Corporate Affairs
Law School Admission Council
662 Penn Street
Newtown, PA 18940
(215) 504-1413
ADambeck@lsac.org

# EXHIBIT H



# Information on LLM Eligibility

Requirements for LLM and other law programs may vary. Always check with the law school about individual program needs.

# First Professional Degree in Law by Country/Area

Many LLM CAS–participating schools require that applicants have completed, or be in the process of completing, a first professional degree in law, be licensed to practice law, or have significant experience in legal practice.

The chart below lists the credentials required to be eligible to take the bar in a specific country/area. If either your degree or your country/area of study is not listed in the chart, please contact the law schools of interest to you to confirm eligibility.

Note that the chart includes only the *first* professional degree in law. You are expected to present *all* postsecondary education, including work completed prior to and after the law degree listed. Any omission of required education history could delay the review of your credentials and LSAC's report to the law schools.

LSAC makes every effort to keep this chart up to date, but educational systems in a particular country/area can change, and you may be required to submit additional documents. In some countries, the names of these degrees are changing and may not match the chart.

| Country/Area | Degree Required |
| --- | --- |
| AFGHANISTAN | Bachelor's degree in law |
| ALBANIA | Diplome e Integruar e Nivelit te Dyte ne Drejtesi OR Master i Shkencave ne e Drejte OR Diplome with titulli Jurist from prior system |
| ALGERIA | License en Droit OR License d'etudes juridiques |
| ANGOLA | Licenciatura em Direito |
| ANTIGUA | LLB (Bachelor of Laws) |
| ARGENTINA | Abogado |
| ARMENIA | Bakalarvi astichan diplom/Diploma of Bachelor in jurisprudence OR masnageti diplom/Diploma of Specialist in jurisprudence from prior system |
| ARUBA (former Netherlands Antilles) | Master |
| AUSTRALIA | LLB (Bachelor of Laws) or Juris Doctor (JD) |
| AUSTRIA | Magister Iuris; Magister der Rechtswissenschaften |
| AZERBAIJAN | Diplom bakalavr huquq |
| BAHAMAS | LLB (Bachelor of Laws) |
| BAHRAIN | LLB (Bachelor of Laws) |
| BANGLADESH | LLB (Bachelor of Laws) |
| BARBADOS | LLB (Bachelor of Laws) |

| | |
|---|---|
| BELARUS | Diplom, kvalifikatsiya yurist |
| BELGIUM | Master in de rechten/master en droit; or licenciaat/licencié from prior system |
| BELIZE | LLB (Bachelor of Laws) |
| BENIN | Maitrise en Droit |
| BERMUDA | LLB (Bachelor of Laws) |
| BOLIVIA | Licenciatura en Derecho |
| BOSNIA and HERZEGOVINA | Magistar prava or Diplomirani/a pravnik/pravnica from prior system |
| BOTSWANA | LLB (Bachelor of Laws) |
| BRAZIL | Bacharelado em Direito |
| BRITISH VIRGIN ISLANDS | LLB (Bachelor of Laws) |
| BULGARIA | Diploma magistur, kvalifikatsiya yurist |
| BURKINA FASO | Maitrise |
| BURUNDI | Diplome de Licence en Droit |
| CAMBODIA | Bachelor of Laws (LLB) from Royal University of Law and Economics (RULE) or Pannasastra University of Cambodia |
| CAMEROON | Bachelor of Laws (LLB) from University of Buea; Maitrise en droit from Francophone universities |
| CANADA | Bachelor of Laws; Juris Doctor; Licentiate in Law (U. of Ottawa); Bachelor of Civil Law/Bachelor of Laws (McGill University); Bachelière en Droit (U. of Quebec) Baccalauréat en Droit (U. of Montreal) |
| CAYMAN ISLANDS | Bachelor of Laws |
| CENTRAL AFRICAN REPUBLIC | Licence en Droit |
| CHAD | Licence en droit (4 years) from LMD system OR Maitrise en Droit from prior system |

| EGYPT | Bachelor (bakalorus) of Law |
| --- | --- |
| EL SALVADOR | Licenciado en Derecho |
| ERITREA | LLB (Bachelor of Laws) |
| ESTONIA | Õigusteaduse bakalaureusekraad; Õigusteaduse magister |
| ETHIOPIA | LLB (Bachelor of Laws) |
| FIJI | Bachelor of Law |
| FINLAND | Juris Kandidaati or Oikeustieteen Maisteri |
| FRANCE | Maitrise in law, Master 1 in law or other recognized 'Bac + 4' degree in law; or proof of passing the French bar examination based on an admissible 'Bac + 4' degree |
| GABON | Maitrise/Master 1 in law |
| GAMBIA, THE | Bachelor's degree (LLB) |
| GEORGIA | Bakalavris Diplomi or Specialistis Diplomi from prior system |
| GERMANY | Erste Juristische Staatsprufung or Erste Prufung |
| GHANA | LLB (Bachelor of Laws) or BA + BL (Professional Law Course Certificate) |
| GREECE | Ptychio (university degree in law) |
| GRENADINES, The | LLB (Bachelor of Laws) |
| GUADELOUPE | Licence en Droit |
| GUATEMALA | Licenciado en Derecho |
| GUINEA | Licence en Droit |
| GUYANA | LLB (Bachelor of Laws) |
| HAITI | Licence en Droit |
| HONDURAS | Licenciado en Derecho |

| HONG KONG | Bachelor of Laws OR bachelor's degree plus Juris Doctor (JD) |
|---|---|
| HUNGARY | Doktori bizonyitvany, "dr. jur."; egyetemi oklevel, jogasznak |
| ICELAND | Candidatus Juris; Meistaraprof logfraedi |
| INDIA | 3 year Bachelor's + Bachelor of Laws; integrated five year Bachelor of Laws. Bachelor of Laws is considered first professional exam. |
| INDONESIA | Sarjana Hukum |
| IRAN | LLB (Bachelor of Laws) |
| IRAQ | Bachelor of Law |
| IRELAND | Law Society of Ireland Professional Practice Course I & II or FE-1 Exam, or Admission to the Roll of Solicitors, or the Barrister-at-Law degree from the Honorable Society of King's Inns, or a four-year bachelor's degree in law. |
| ISRAEL | LLB (Bachelor of Laws) |
| ITALY | Laurea in Giurisprudenza; Laurea Specialistica/Magistrale in Giurisprudenza |
| JAMAICA | LLB (Bachelor of Laws) |
| JAPAN | LLB (Bachelor of Laws) through 2010. Starting 2011: Bachelor degree (any major) PLUS Legal Training and Research Institute diploma, OR Bachelor degree PLUS Juris Doctor |
| JORDAN | LLB (Bachelor of Laws) |
| KAZAKHSTAN | Diplom, kvalifikatsiya yurist; Bakalavr yurisprudentsii |
| KENYA | LLB (Bachelor of Laws) |
| KOREA, Democratic Republic of (North) | LLB (Bachelor of Laws) |

| KOREA, Republic of (South) | Bachelor's degree through 2017 plus diploma from the Judicial Research and Training Institute (JRTI) OR bachelor's degree plus Juris Doctor (JD) |
|---|---|
| KOSOVO | Jurist i Diplomuar-Bachelor (240 ECTS) or Bacelor i Drejtesise (180 ECTS) from prior system |
| KUWAIT | LLB (Bachelor of Laws) |
| KYRGYZSTAN | Diplom, kvalifikatsiya yurist; Yurisprudentsiya bakalavry |
| LAO PEOPLE'S DEMOCRATIC REPUBLIC | Bachelor's degree in law |
| LATVIA | Jurista kvalifikaciju; Magistra diploms in jurisprudence |
| LEBANON | Licence libanaise en droit |
| LESOTHO | LLB (Bachelor of Laws) |
| LIBERIA | LLB from University of Liberia, Cuttington College or African Methodist Episcopal University |
| LIBYA | LLB (Bachelor of Laws) or Licence en Droit |
| LITHUANIA | Magistro Diplomas in law |
| LUXEMBOURG | Master en droit (LL.M.) or Master in Law (LL.M.) from the Universite du Luxembourg |
| MACAO (MACAU) | Licenciatura em Direito |
| MACEDONIA (the former Yugoslav Republic of) | Magistar po pravo or Diplomirani/a pravnik/pravnica from prior system |
| MADAGASCAR | Maitrise |
| MALAWI | Bachelor of Laws (Honours) |
| MALAYSIA | 4 year LLB (Bachelor of Laws/Hons); 3 year Bachelor of Legal Studies + 1 year Bachelor of Laws Hons. The 4 year LLB/Hons and the 3+1 Bachelor of Laws Hons are considered the first professional degrees in law in Malaysia. |
| MALI | Maitrise en Sciences Juridiques |

| MALTA | Master of Advocacy (starting 2016) or Doctor of Laws (LLD) from prior system |
| --- | --- |
| MARTINIQUE | Licence en Droit |
| MAURITANIA | Licence en Droit |
| MAURITIUS | Bachelor of Laws (Honours) |
| MEXICO | Licenciado en Derecho |
| MOLDOVA | Diploma de licenta |
| MONGOLIA | Bakalavryn Diplom (in law) |
| MONTENEGRO | Magistar or Specijaliste pravnih nauka from ECTS system, or Diplomirani/a pravnik/pravnica from prior system |
| MOROCCO | Master from LMD system OR Licence en Droit from prior system |
| MOZAMBIQUE | Licenciatura em Direito |
| MYANMAR | LLB (Bachelor of Laws) |
| NAMIBIA | Bachelor of Laws (Honours) |
| NEPAL | LLB (Bachelor of Laws) |
| NETHERLANDS | Bachelor of Laws + Master in Law both from Dutch universities OR HBO Bachelor in Law + bridge program + Master in law from a Dutch institution OR Doctoraal in law (4 years) from prior system |
| NEVIS | LLB (Bachelor of Laws) |
| NEW CALEDONIA | Maitrise |
| NEW ZEALAND | LLB (Bachelor of Laws) |
| NICARAGUA | Licenciado en Derecho |
| NIGER | Master en droit or Maitrise en droit from prior system |
| NIGERIA | LLB (Bachelor of Laws) |

| NORWAY | Candidatus Juris; master i rettsvitenskap |
| --- | --- |
| OMAN | Bachelor's degree in law |
| PAKISTAN | Bachelor's degree in non-law field plus Bachelor of Laws OR integrated five-year Bachelor of Laws |
| PALESTINE (Occupied Palestinian Territory) | LLB (Bachelor of Laws) |
| PANAMA | Licenciado en Derecho |
| PAPUA NEW GUINEA | LLB (Bachelor of Laws) |
| PARAGUAY | Abogado |
| PERU | Abogado |
| PHILIPPINES | LLB (Bachelor of Laws) |
| POLAND | Magister prawa |
| PORTUGAL | Licenciatura em Direito |
| QATAR | LLB (Bachelor of Laws) |
| REUNION | Master en droit or Maitrise en droit from prior system |
| ROMANIA | Diploma de licenta |
| RUSSIAN FEDERATION | Diplom spetsialista or bakalavra, kvalifikatsiya Yurist |
| RWANDA | LLB from University of Rwanda or Licence en droit from Universite nationale du Rwanda |
| SAINT HELENA | LLB (Bachelor of Laws) |
| SAINT KITTS | LLB (Bachelor of Laws) |
| SAINT LUCIA | LLB (Bachelor of Laws) |
| SAINT VINCENT | LLB (Bachelor of Laws) |
| SAUDI ARABIA | LLB (Bachelor of Laws) |
| SENEGAL | Master en droit or Maitrise en droit from prior system |

| SERBIA | Diplomirani/a pravnik/pravnica |
|---|---|
| SIERRA LEONE | LLB (Bachelor of Laws) |
| SINGAPORE | LLB (Bachelor of Laws); JD (Juris Doctor) for students who already have a bachelor's degree in another field |
| SLOVAK REPUBLIC | Magister |
| SLOVENIA | Univerzitetni/a diplomirani/a pravniki/pravnica |
| SOMALIA | Bachelor's degree in law or Laurea from prior system |
| SOUTH AFRICA | LLB (Bachelor of Laws) or BProc (Baccalaureus Procurationis) plus graduate LLB from prior system |
| SPAIN | Licenciado en Derecho or Grado en Derecho *plus* Máster Universitario de Acceso a la Abogacía (awarded after 10/31/2011); Licenciado en Derecho/Grado en Derecho (awarded on or before 10/31/2011). |
| SRI LANKA | Bachelor of Laws (LLB); Certificate of Attorney-at-Law from Sri Lanka Law College |
| SUDAN | LLB (Bachelor of Laws) |
| SWAZILAND | LLB (Bachelor of Laws) |
| SWEDEN | Candidatus Juris/Juris kandidatexamen |
| SWITZERLAND | Lizentiat der Rechtswissenschaft/licence en droit; Master of Law/Master der Rechtswissenschaft/Maitrise universitaire en droit |
| SYRIA | Bachelor of Law |
| TAIWAN | LLB (Bachelor of Laws) |
| TAJIKISTAN | Diplom spetsialista, kvalifikatsiya Yurist |
| TANZANIA | LLB (Bachelor of Laws) |
| THAILAND | LLB (Bachelor of Laws) |
| TOBAGO | LLB (Bachelor of Laws) |

| TOGO | Maitrise |
|------|----------|
| TRINIDAD | LLB (Bachelor of Laws) |
| TUNISIA | Master from LMD system or Maitrise en droit (4 years) from prior system |
| TURKEY | Hukuk Lisans Diplomasi (Bachelor of Laws) |
| TURKMENISTAN | Diploma with qualification of lawyer |
| TURKS and CAICOS ISLANDS | LLB (Bachelor of Laws) |
| UGANDA | LLB (Bachelor of Laws) |
| UKRAINE | Diploma magistra OR Diplom spetsialista, kvalifikatsiya yurista |
| UNITED ARAB EMIRATES | LLB (Bachelor of Laws) |
| UNITED KINGDOM | LLB (Bachelor of Laws) or BA Law; or Bachelor degree in a non-law subject plus GDL/CPE |
| UNITED STATES | JD (Juris Doctor) |
| URUGUAY | Licenciado/Abogado |
| UZBEKISTAN | Bakalavr diplomi, yurist |
| VENEZUELA | Abogado |
| VIETNAM | Bachelor of Law and title of luat su (lawyer) |
| YEMEN | LLB (Bachelor of Laws) |
| ZAMBIA | LLB (Bachelor of Laws) |
| ZIMBABWE | LLB (Bachelor of Laws) |



662 Penn Street | Newtown PA 18940, USA | **1.800.336.3982**
All content and materials ©2024 Law School Admission Council, Inc. All rights reserved.

# EXHIBIT I


**Payments/Credits**

---

**Date**
06/16/2018

**Transaction**
Electronic Payment - Thank You

**Amount per item**

**Payments/Credits**
220.00

---

**Date**

**Transaction**
Document Assembly Service

**Amount per item**
85.00

**Payments/Credits**

---

**Date**

**Transaction**
International Evaluation Service

**Amount per item**
135.00

**Payments/Credits**

# EXHIBIT J

| Recommender Name | Prof GUY MEBIAMA (edit) |
|---|---|
| Letter ID/Description | L6 USM Law School |
| Status | Received |
| Status Date | 03/21/2019 |
| Document Status | LOR Complete |
| **Action** | |
| Recommender Name | Elizabeth Mahoney JD (edit) |
| Letter ID/Description | L7 Maine Law School |
| Status | Received |
| Status Date | 10/15/2019 |
| Document Status | LOR Complete |
| **Action** | |
| Recommender Name | Rock Modeste Kymbassa Nkaya (edit) |
| Letter ID/Description | L8 For all Law School |
| Status | Printed |

# EXHIBIT K

? Should I print or e-mail?

## LORs and Recommenders

Add Recommender

| | |
|---|---|
| **Recommender Name** | Prof GUY MEBIAMA (edit) |
| **Letter ID/Description** | L6 USM Law School |
| **Status** | Received |
| **Status Date** | 03/21/2019 |
| **Document Status** | LOR Complete |
| **Action** | |
| **Recommender Name** | Elizabeth Mahoney JD (edit) |
| **Letter ID/Description** | L7 Maine Law School |
| **Status** | Received |
| **Status Date** | 10/15/2019 |
| **Document Status** | LOR Complete |

Ⅲ      ⋂      ‹      ✦

# EXHIBIT L

LSAC for forwarding to law schools.

International Transcript Authentication and Evaluation Service (ITAES) — $140 in addition to $55 Document Assembly Service (for applicants educated outside the US only)

- Have official institution documents sent once to LSAC for evaluation, authentication, and transmission to participating law schools.

Note: If you wish to purchase the International Transcript Authentication and Evaluation Service, you must also purchase the Document Assembly Service. When you click "Add ITAES to Cart" button, both services will automatically be added to your cart.

## Important

You should register and pay for any necessary services at least four to six weeks before your first law school application deadline. It takes approximately two weeks to process a transcript or letter of recommendation from the time it is received.

## My Status

EAPS: Purchased
DAS: Purchased
ITAES: Purchased

# EXHIBIT M

| | |
|---|---|
| **From:** | LLMINFO |
| **To:** | Lionel Nima |
| **Subject:** | RE: L36092160 |
| **Date:** | Monday, June 25, 2018 1:01:00 PM |

Hello,

You are correct, we need a certified copy of the document sent directly to LSAC.

Regards,

Marina Atwood

Assistant-LLM Credential Assembly Service

Law School Admission Council

LLM Credential Assembly Service

662 Penn Street: Dept 8511

Newtown, PA 18940: USA

P: 215-968-1315 | F:215-504-1456

**From:** Lionel Nima

**Sent:** Saturday, June 23, 2018 3:25 PM

**To:** LLMINFO

**Subject:** Re: L36092160

The University can only send a copy of the French Attestation de success. The original cannot be sent it is issued only one time.

2018-06-21 13:31 GMT-04:00 LLMINFO <LLMINFO@lsac.org>:

Hello Lionel Nima Ngapey,

Thank you for your email. The translation of the "Attestation De Validation" has been added to your account. Also, your explanation about the Attestation de success for the Maîtrise en droit has been provided to the evaluator.

The French Attestation de success for the Licencie en droit must be mailed in a sealed school envelope with a stamp or seal across the flap by Universite Marien Ngouabi.

Please feel free to contact us with any additional questions or concerns.

Best regards,

**Brianna Gladwell**

LLM Credential Assembly Service Assistant

**Law School Admission Council**

**LLM Credential Assembly Service**

662 Penn Street: Dept 8511

Newtown, PA 18940: USA

P: 215-968-1315 | F:215-504-1456

**From:** Lionel Nima <alionelnima@gmail.com>

**Sent:** Wednesday, June 20, 2018 1:10 PM

**To:** LLMINFO <LLMINFO@LSAC.org>

**Subject:** L36092160

Dear LSAC officers,

I have attached the attestation de success de Licence en Droit along with other important documents.

**From:** LLMINFO
**To:** Lionel Nima
**Subject:** RE: L36092160 Email from LSAC - please see attached documents
**Date:** Wednesday, December 12, 2018 10:10:00 AM

Hello Lionel,

Thank you for your emails. You have stated that the Master 1 is the first degree required to practice law in Congo Brazzaville, but that the school doesn't deliver attestation of success or award of Master 1 to students who have validated the Master 1 to complete their Master 2 in any foreign law school.

As the Master 1 allows you to practice law, there has to be a document verifying that you were awarded the Master 1 degree. Were you, at any time awarded documentation that confirms that you finished this degree? Such as when you finished, they would have awarded you a diploma. If you were awarded the Diploma or Attestation de Success, you can provide a copy to the school for them to certify and mail in the required manner. Regardless, the Attestation de Validation only verifies that you passed Semesters 1 and 2, but does not confirm award of the degree. We must receive confirmation of award of the Master 1.

Please feel free to contact us with any additional questions or concerns.

Best regards,

**Brianna Towne**
LLM Credential Assembly Service Assistant
**Law School Admission Council**
**LLM Credential Assembly Service**
662 Penn Street: Dept 8511
Newtown, PA 18940: USA
P: 215-968-1315 | F:215-504-1456
**From:** Lionel Nima <alionelnima@gmail.com>
**Sent:** Friday, November 23, 2018 3:27 PM
**To:** LLMINFO <LLMINFO@LSAC.org>
**Subject:** Re: L36092160 Email from LSAC - please see attached documents

 Virus-free. www.avast.com

Le ven. 23 nov. 2018 à 15:16, Lionel Nima <alionelnima@gmail.com> a écrit :

> Hello dear llm officers,
> I read carefully your email and called your office to explain why Marien Ngouabi Law school doesn't offer an attestation de success I have attached the explanation in a letter to pass it to the evaluator.
> Regards.

 Virus-free. www.avast.com

Le ven. 23 nov. 2018 à 14:52, LLMINFO <LLMINFO@lsac.org> a écrit :

> Dear Lionel,
> Please see the email that was sent to you on November 19 regarding the status of your evaluation.

2 of 9

**Sincerely,**
**DARLENE MATTHEWS**
LLMinfo@lsac.org
**Law School Admission Council**
662 Penn Street,
Dept 8511
Newtown, PA 18940
P: 215.968.1315 • F: 215.504 1456

**From:** Lionel Nima <alionelnima@gmail.com>
**Sent:** Saturday, November 17, 2018 11:39 AM
**To:** LLMINFO <LLMINFO@LSAC.org>
**Subject:** Re: L36092160 Email from LSAC - please see attached documents

Hello Brianna,

This is Lionel Nima Ngapey my lsac llm ID is L36092160 I am reaching out to you to check if you have any update regarding my transcript evaluation, if you have any update please let me know.

Thanks,

Le mer. 8 août 2018 à 12:09, LLMINFO <LLMINFO@lsac.org> a écrit :

Hello,

Thank you for the update. Please feel free to contact us with any additional questions or concerns.

Best regards,

**Brianna Gladwell**
LLM Credential Assembly Service Assistant
**Law School Admission Council**
**LLM Credential Assembly Service**
662 Penn Street: Dept 8511
Newtown, PA 18940: USA
P: 215-968-1315 | F:215-504-1456

**From:** Lionel Nima <alionelnima@gmail.com>
**Sent:** Monday, August 06, 2018 8:38 PM
**To:** LLMINFO <LLMINFO@LSAC.org>
**Subject:** Re: L36092160 Email from LSAC - please see attached documents

Dear LSAC Officers,

I have contacted the Marien Ngouabi University to correct the mistake you should be receiving the correct document soon.

Thank you.

2018-07-31 8:15 GMT-04:00 LLM Credential Assembly <llminfo@lsac.org>:

Please see important notice attached regarding your transcript evaluation.

Thank you,
LLM Credential Assembly Service

---

Virus-free. www.avast.com

3 of 9

From: LLMINFO
Sent: Monday, April 8, 2019 9:42 AM
To: Lionel Nima <alionelnima@gmail.com>
Subject: L36092160

Hello,

Thank you for your email. Unfortunately, we cannot accept this document via email. The document must be mailed directly to LSAC from the University Marien Ngouabi's centralized record keeping office/Academic Affairs office or equivalent in a sealed school envelope with the school's official stamp or seal across the back flap. Please contact the university and request that they send an official statement to us in this manner.
Please contact us if you have any questions.

Best regards,

**Taj Mula**
LLM Credential Assembly Service Assistant

**Law School Admission Council**
**LLM Credential Assembly Service**
662 Penn Street: Dept 8511
Newtown, PA 18940: USA
P: 215-968-1315 | F:215-504-1456

**From:** Lionel Nima <alionelnima@gmail.com>
**Sent:** Friday, April 05, 2019 5:33 PM
**To:** LLMINFO <LLMINFO@LSAC.org>
**Subject:** Re: L36092160

I have read your requirement I would like to know if an email from an officer from the academic affairs will help you understand this matter. Nobody is available to send another document and I have spent a lot of money just to get my transcript transfered.

Thank you.

On Fri, Apr 5, 2019, 3:04 PM LLMINFO <LLMINFO@lsac.org> wrote:

Hello Lionel,

Thank you for your phone call. I am getting back to you via this email about the document that was received along with the letter of recommendation from Professor GUY MEBIAMA. This document (Note d'information) explained the structure of the university, it is not an actual explanaition of why the school will not issue a diplome. We require an offical statement from the university's centralized record keeping office/academic affairs offie or equivalent on why you will not get a Diplome.

5 of 9

Please request this document to be mailed to LSAC from the University Marien Ngouabi in a sealed school envelope with a stamp or seal across the sealed flap.

Regards,

Zuzana Zimanova

**Assistant-LLM Credential Assembly Service**

Law School Admission Council

LLM Credential Assembly Service

662 Penn Street: Dept 8511

Newtown, PA 18940: USA

P: 215-968-1315 | F:215-504-1456

-----Original Message-----
From: LLMINFO
Sent: Tuesday, February 11, 2020 10:32 AM
To: Lionel Nima <alionelnima@gmail.com>
Subject: RE: L36092160 Email from LSAC - please see attached documents

Hello Lionel,

We cannot submit this explanation because it does not explain what the evaluator is requesting from you and your school, Universite Marien Ngouabi . Please contact us if you have any further questions.

Best regards,

Bernadette Matarazzo
Customer Relationships Representative - LLM

Law School Admission Council
LLM Credential Assembly Service
662 Penn Street: Dept 8511
Newtown, PA 18940: USA
P: 215-968-1315 | F:215-504-1456


-----Original Message-----
From: Lionel Nima <alionelnima@gmail.com>
Sent: Wednesday, February 5, 2020 4:24 PM
To: LLMINFO <LLMINFO@LSAC.org>
Subject: Re: L36092160 Email from LSAC - please see attached documents

Dear LSAC officers

I have attached a response to your request dated November 19th, 2018.

Le lun. 19 nov. 2018 à 15:23, LLM Credential Assembly <llminfo@lsac.org> a écrit :
>
>
>
> Please see important notice attached regarding your transcript evaluation.
>
>
> Thank you,
> LLM Credential Assembly Service

**From:** llminfo@lsac.org
**To:** alionelnima@gmail.com
**Sent:** Mon, Aug 22, 2022, 10:35 AM EDT
**Subject:** Re: L36092160
Dear Lionel Nima Ngapey,

Thank you for writing. Until you have fulfilled the request of the letter sent to you on November 19, 2018, the evaluation will not proceed. I have attached the letter again for your reference. The official documents must be sent directly to LSAC from Universite Marien Ngouabi for the Master 1 in a sealed school envelope with the institution's official stamp or seal across the securely closed flap.

Please let us know if you have any additional questions. We will be happy to assist you.

Best regards,

Lindsay

LLM Credential Assembly Service
LLMinfo@LSAC.org

**From:** Lionel Nima Ngapey <alionelnima@gmail.com>
**Sent:** Friday, August 12, 2022 12:47 PM
**To:** LLMINFO <LLMINFO@LSAC.org>; Schwartz, Todd <toschwartz@pa.gov>
**Subject:** Re: L36092160

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon LSAC officers,

I am reaching out to check if you could ask the AACRAO or another evaluator to process all of my transcripts. Also your website recognize Licence en Droit as first degree that make Congolese Lawyer eligible for an LLM degree in the United States (https://www.lsac.org/llm-other-law-program-applicants/application-process-llm-other-law-programs/information-llm) Can you please ask the evaluator to process my transcripts and finish my report?

Reagrds.

Lionel Nima Ngapey.

On Tue, Feb 11, 2020, 10:32 AM LLMINFO <LLMINFO@lsac.org> wrote:
Hello Lionel,

We cannot submit this explanation because it does not explain what the evaluator is requesting from you and your school, Universite Marien Ngouabi . Please contact us if you have any further questions.



Best regards,

Bernadette Matarazzo
Customer Relationships Representative - LLM

Law School Admission Council
LLM Credential Assembly Service
662 Penn Street: Dept 8511
Newtown, PA 18940: USA
P: 215-968-1315 | F:215-504-1456


-----Original Message-----
From: Lionel Nima <alionelnima@gmail.com>
Sent: Wednesday, February 5, 2020 4:24 PM
To: LLMINFO <LLMINFO@LSAC.org>
Subject: Re: L36092160 Email from LSAC - please see attached documents

Dear LSAC officers

I have attached a response to your request dated November 19th, 2018.

Le lun. 19 nov. 2018 à 15:23, LLM Credential Assembly <llminfo@lsac.org> a écrit :
>
>
>
> Please see important notice attached regarding your transcript evaluation.
>
>
> Thank you,
> LLM Credential Assembly Service

# EXHIBIT N

# EXPEDITION

REPERTOIRE N° 214 /2013                    ANNEE 2013

Date : **2 0 DEC 2013**

## ATTESTATION DE FIN DE STAGE

### Au profit de

Monsieur Lionel Aristote NIMA NGAPEY

---

**Maître Sylvert Bérenger KYMBASSA BOUSSI**
**Notaire**

✉ : 13.273 / ☎ : + 242 05.522.96.23 / 06.952.17.26 / 🖥: skymbassa@yahoo.fr

Immeuble DABO, 3ᵉᵐᵉ étage, avenue de la paix, à côté de la Mairie de Poto-Poto
En face de la Congolaise de Banque « LCB »

## Etude de Maître Sylvert Bérenger KYMBASSA BOUSSI
### Notaire
**Immeuble DABO, 3ème étage, avenue de la Paix**
**En face de La Congolaise de Banque « LCB » de Poto-Poto**
**Boîte Postale 13.273 Brazzaville, République du Congo**

---

# ATTESTATION DE FIN DE STAGE

Je soussigné Maître **Sylvert Bérenger KYMBASSA BOUSSI**, Notaire titulaire d'un office en la résidence de Brazzaville, domicilié au 3ème étage de l'immeuble DABO, avenue de la Paix, à côté de la Mairie de Poto-Poto, en face de La Congolaise de Banque, Boîte Postale 13.273, Brazzaville, République du Congo ;

Certifie que Monsieur **Lionel Aristote NIMA NGAPEY**, né le  à Madingou, République du Congo ;

A passé un stage de formation de **deux ans** et **cinq mois** à mon étude, du **04 juillet 2011 au 20 décembre 2013**.

En foi de quoi, la présente attestation lui est établie pour servir et valoir ce que de droit.

Fait à Brazzaville, le 23 décembre 2013



Notaire,

Me Sylvert Bérenger KYMBASSA BOUSSI.

---

| DROIT DE LA FAMILLE | IMMOBILIER | DROIT DES AFFAIRES | DROIT FISCAL |
|---|---|---|---|
| *Contrats de mariage* | *Expertises-ventes* | *Création et transmission* | *Conseils* |
| *Donations entre époux* | *Locations-Gérances* | *d'entreprises-Sociétés* | *Déclarations diverses* |
| *donations-partages* | *Placements et Investissements* | *Secrétariat juridique* | *Contentieux* |
| *Successions-Testaments* | *Lotissements - Copropriétés* | *Fonds de Commerce-Baux* | *Assistance fiscale* |
| | | *Représentation et Assistance* | |
| | | *Convention d'établissement.* | |

B.P : 13 273 , Tél. :05.522.96.23 / 06.952.17.26 / E-mail : skymbassa@yahoo.fr
Etude sise à l'immeuble DABO, 3ème étage, avenue de la Paix, à côté de la Mairie de Poto-Poto
En face de La Congolaise de Banque, Brazzaville - République du Congo

# EXHIBIT O



# Maine Human Rights Commission

#51 State House Station, Augusta, ME 04333-0051

*Physical location: 19 Union Street, Augusta, ME 04330*
Phone (207) 624-6290 ▪ Fax (207) 624-8729 ▪ TTY: Maine Relay 711
*www.maine.gov/mhrc*

**Kit Thomson Crossman**
EXECUTIVE DIRECTOR

**Barbara Archer Hirsch**
COMMISSION COUNSEL

1/23/24

AACRAO
1108 16th St NW
#400
District of Columbia, DC 20038

RE: STATEMENT OF FINDING – ED23-0055-A, Ngapey v. AACRAO

Dear Sir/Madam:

This letter is to inform you that the above-referenced charges of discrimination have been administratively dismissed pursuant to 5 M.R.S. §4612 (2-A), because of the issuance of a Right to Sue letter by the Maine Human Rights Commission. The case is being dismissed pursuant to 5 M.R.S. §4612 (6).

No further action is contemplated by the Commission. Pursuant to §4621 of the Maine Human Rights Act, the Complainant may continue to pursue this matter on their own in court; **they must do so within two years of the date of alleged discrimination or within 90 days of this letter, whichever is later.** If you have any questions, please do not hesitate to contact this office.

Sincerely,

Kit Thomson Crossman
Executive Director

cc:
AACRAO
James Goldberg Esq.



# Maine Human Rights Commission

# 51 State House Station, Augusta, ME 04333-0051

*Physical location: 19 Union Street, Augusta, ME 04330*
Phone (207) 624-6290 ▪ Fax (207) 624-8729 ▪ TTY: Maine Relay 711
*www.maine.gov/mhrc*

**Kit Thomson Crossman**
EXECUTIVE DIRECTOR

**Barbara Archer Hirsch**
COMMISSION COUNSEL

1/23/24

Law School Admission Council
662 Penn Street
Newtown, PA 18940

RE: STATEMENT OF FINDING – ED23-0055-B, Ngapey v. Law School Admission Council

Dear Sir/Madam:

This letter is to inform you that the above-referenced charges of discrimination have been administratively dismissed pursuant to 5 M.R.S. §4612 (2-A), because of the issuance of a Right to Sue letter by the Maine Human Rights Commission. The case is being dismissed pursuant to 5 M.R.S. §4612 (6).

No further action is contemplated by the Commission. Pursuant to §4621 of the Maine Human Rights Act, the Complainant may continue to pursue this matter on their own in court; **they must do so within two years of the date of alleged discrimination or within 90 days of this letter, whichever is later.** If you have any questions, please do not hesitate to contact this office.

Sincerely,

Kit Thomson Crossman
Executive Director

cc:
Law School Admission Council

# EXHIBIT P

# Maine Human Rights Commission
# 51 State House Station, Augusta, ME 04333-0051

*Physical location: 19 Union Street, Augusta, ME 04330*
Phone (207) 624-6290  •  Fax (207) 624-8729  •  TTY: Maine Relay 711
*www.maine.gov/mhrc*

**Kit Thomson Crossman**
EXECUTIVE DIRECTOR

**Barbara Archer Hirsch**
COMMISSION COUNSEL

1/23/24

Mr. Lionel Ngapey
246 Auburn St
Apt 139
Portland, ME 04103

RE: NOTICE OF RIGHT TO SUE, Issued upon Complainant's Request
CHARGE NO: ED23-0055-B

To the Person Aggrieved:

More than 180 days have expired since the filing of this charge. This is your NOTICE OF RIGHT TO SUE issued pursuant to 5 M.R.S. §4612, sub §6 and §4622, sub §1, ¶C. It is issued at your request. **If you intend to sue the Respondent(s) named in your charge, you must do so within two (2) years of the act of unlawful discrimination complained of in your charge or within 90 days of the issuance of this letter, whichever is later.**

With the issuance of this NOTICE OF RIGHT TO SUE, the Commission is terminating its process with respect to this charge.

An information copy of this NOTICE OF RIGHT TO SUE has been sent to the Respondent(s) shown below.

On Behalf of the Commission,

*Crossman*

Kit Thomson Crossman
Executive Director

cc:
Law School Admission Council